**EMERGENCY RELIEF REQUESTED**

**IN THE FEDERAL DISTRICT COURT OF GEORGIA**

**IN RE: PETITIONER PRECIOUS NICOLE MCNEIL OF THE STATE OF GEORGIA**

**VS**

**UNITED STATES OF AMERICA**        CV422   016

---

**PETITION FOR DECLATORY INJUNCTIVE RELIEF, COMPLAINT, & REQUEST
FOR INVESTIGATION & WITNESS PROTECTION FOR PUBLIC CORRUPTION,
HUMAN TRAFFICKING, ADAVANCED ILLEGAL SURVEILLANCE, CRIMES
AGAINST HUMANITY, PERSECUTION, GANG ACTIVITY, TORTURE, AND RICO
ACT VIOLATIONS**

**January 21, 2022**

# GENOCIDE, CRIMES AGAINST HUMANITY & WAR CRIMES DURING PEACE

In the upcoming case of, Precious McNeil v. the United States, the plaintiff was targeted, singled out, held hostage, persecuted, terrorized, her personal privacy eliminated through daily surveillance, hacking, tracking, and stalking, while multiple aspects of her life controlled by someone else. She and her children were subjected to child soldiers, corrupt police officers, FBI agents, and other public officials, and all her personal connections were pitted and turned against her. She was stripped of all human rights and dignity, she was stolen from, banned from being able to participate in fair commerce and trade through extreme censorship, shadow banning, blacklisting, and denial of honest services, thus being driven from the economy, where she was stripped of her humanity, abused, shamed, ridiculed, debased, degraded, exploited, and subjected to extreme humiliation rituals meant to punish, undermine, embarrass, and deny multiple rights and privileges publicly, conducted in the exact same execution, style, or format as Adolph Hitler and the Nazis during the Holocaust's crimes of War and Genocide against the Jews. To humiliate someone means to violate the dignity of a person by disregarding their basic human rights. The humiliations of the Nazis inflicted on Jews and other victims were not accidental, but rather intrinsic to the Nazi program of racist oppression. The United States and multiple corporations are guilty of Hate Crimes, RICO Act violations, Conspiracy Against Rights, Deprivation of Rights Under Color of Law, Human Trafficking, Public Corruption, Bribery, Tampering with Witnesses and Officials, Intrusion of Privacy, Political Repression, Crimes Against Humanity, and War Crimes, during times of peace, against innocent citizens. The United States have violated multiple federal laws and Constitutional Rights, which bars immunity, so they should be persecuted in a court of law, stripped of all official duties, and removed from their offices, immediately.

## FEDERAL HATE CRIMES

HATE CRIMES & PROTECTED CHARACTERISTICS – Hate crimes are more severe than having an intense dislike for person. Hate crimes are defined by the perpetrator's motivation to intimidate, threaten, oppress, or harm someone because they have or can be associated with one or more protected characteristics. You have probably heard about hate crimes committed against people because of their race or religion, but these are just two protected characteristics. Federal Statues recognize the following protected characteristics: Disability, Gender, Nationality, Race or Ethnicity, Religion, and Sexual Orientation. The plaintiff, Precious McNeil, in this case, falls under at least five of the protected categories, thus making her a prime target for Hate Crimes, and discrimination.

## CONSPIRACY AGAINST RIGHTS

The United States is organized around the establishment and protection of rights and privileges. There have been incidents, however, when individuals and groups have entered into a conspiracy to deprive others of their rights. When there is political strife, the situation sometimes arises where a private individual or group uses force or the color of law to deprive another person of the rights, privileges, or immunities promised by the Constitution or laws of the United States. The Laws protecting against these acts are drafted in order to thwart the actions of groups such as the Klu Klux Klan, White Supremacists, or Neo Nazis, which operate covertly and attempt to intimidate private citizens in an effort to deprive them of their rights, and to protect against the actions of government, state actors, or other authorities in support of their hostility, intimidation, threats, and inhumane treatment of disadvantaged groups using the law. These acts are prohibited under *18 US Code, Section 241*. Criminal liability arises if two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District, in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same; or if two or more persons go in disguise on the highway, or on the premises of another, with intent to prevent, or hinder his free exercise or enjoyment of any right or privilege so secured, shall be fined under the title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, they shall be fined under this title or imprisoned for any term of years or for life, or both, or may be sentenced to death.

## DEPRIVATION OF RIGHTS UNDER COLOR OF LAW

Our laws are aimed at the protection of our fundamental rights. However, 18 U.S. Code, Section 242 provides specific federal criminal liability for those who act to deprive the rights of others under color of law. The Color of Law crime refers to situations in which a person uses the threat of punishment, pain, or legal penalties to deprive a person of their rights. This often means using existing laws for the purpose of threatening a person, on account of being foreign, of a different color, or a different race, or of a different religion or belief, with exposure to punishments that wouldn't normally be faced by other citizens. This crime is punishable by a fine and up to a year in prison. If bodily injury occurs or a dangerous weapon, explosives, or fire are used in this act the punishment is a fine and up to 10 years in prison. If a death, kidnapping, sexual abuse, or any of these acts are attempted in the course of the crime, the punishment is a fine and up to life in prison, or death.

# POLITICAL REPRESSION

Political repression is the act of a government, state entity, or public officials controlling citizens by force for political reasons, particularly for the purpose of restricting or preventing the citizen's ability to take part in the political life of a society, thereby reducing their standing among their fellow citizens. Political Repression often manifests through policies such as human rights violations, surveillance abuse, police brutality, imprisonment, involuntary settlement, stripping of citizen's rights, violent action, terror, forced disappearance, murder or attempted murder, torture or torment, and extrajudicial punishment of political activists, dissidents, or general population. Political Repression is also reinforced by means outside of written policy, such as public and private media ownership, censorship, and shadow-banning. When Political Repression is sanctioned, organized, or condoned by Government and or State actors, it may constitute Crimes Against Humanity, State Terrorism, and Genocide. Systemic and violent Political Repression is a typical feature of dictatorships, totalitarian states, and similar regimes. Acts of Political Repression are usually conducted by secret police forces, army, paramilitary groups, or death squads. Repressive activities have also been found within democratic contexts as well. This can include setting up situations where the death of the target of Political Repression is the end result. Political Repression is parallel to Human Trafficking in many aspects because Human Trafficking is a form of modern-day slavery and imprisonment that seeks to oppress, restrain, isolate, ostracize, exploit, and at times humiliate the targets for personal gain. Holding a person in captivity only succeeds if the captors are wealthy and hold extremely strong political and military power and influence. The Plaintiff was sold into an illegal project and held hostage because her attackers have tremendous amounts of control, substantial resources, and incentives, to carry out the oppression or modern-day slavery that is now titled as Human Trafficking. Acts of Human Trafficking include forced labor and involuntary servitude, which is described as exploiting individuals for personal gain or profit against the will of the victim.

# ADVANCED ILLEGAL SURVEILLANCE

According to tech specialists at certosoftware.com, getting pass Apple security to access, monitor, and remotely control an iPhone is not a simple task. Remote-Hacking software is exceptionally expensive. There have been cases of hackers gaining access to an iOS device remotely (for example Pegasus and the WhatsApp hack earlier this year), but the exploits required to hack a device remotely are incredibly specialized and expensive, often in excess of $100,000. That means in order to make it worth a hacker spending that much money – you would have to be a very "high-value target." The Federal Bureau of Investigations had to spend over one million dollars to hack and get access to iPhone remotely.

# HUMAN TRAFFICKING

One of the aspects of Human Trafficking revolves around the act of "Forced Labor" or "Involuntary Servitude," that involves exploiting a person for labor, services, or commercial sex. According to the Department of Justice, it's unlawful to knowingly obtain labor or services of a person through one of the following prohibited means which includes, force, fraud, coercion, physical restraint, or threats of force, or restraint to the victim; serious harm or threats of serious harm to the victim; abuse or threatened abuse of law or legal process; any scheme, plan, or pattern intended to cause victims to believe that the victim or another would suffer serious harm or physical restraint if he or she did not perform labor or services. The federal question of law: Would over five years of illegal surveillance, daily monitoring, hacking, cyberstalking, recording, studying, tracking, trailing, shadowing, documenting, scripting, and theft of private information, medical history, financial habits, creative ideas, trade secrets, diary contents, personality traits, daily habits, that are being appropriated, commercialized, distributed and sold for trade purposes through forced and involuntary methods that include, political repression, conspiracy martial law, abuse of process, malicious prosecution, discrimination, refusal of services, white collar crimes, forgery, misconduct, unlawful actions, orchestrated adversity and chaos, constitute Human Trafficking and or Slavery? In other words, would the involuntary commercialization of the plaintiff's life amongst thousands of people be considered a form of human trafficking byway of forced labor or services?

# PUBLIC CORRUPTION

Public Corruption is a broad category of white-collar crime defined by a breach of public trust or an abuse of power enacted by public officials. Corruption can take place when the corrupt individual receives a bribe or solicits one. Although, all states have laws pertaining to public corruption, federal corruption charges are made more likely when the alleged perpetrator is a member of the federal government or when a conspiracy exists to engage in public corruption that crosses state lines. Federal government corruption charges are considered to be among the most serious prosecuted by federal law enforcement officials. Federal corruption laws prevent any government official from asking for, demanding, soliciting, accepting, or agreeing to receive any item of value in return for altering the performance of their official duties in any way. Corruption is closely related to bribery, which is the federal charge used when an individual offers a public official any item of value in order to achieve illicit advantage or gain in public matters.

## Intrusion of Privacy & Right to Publicity

The right of publicity, sometimes referred to as personality rights, is the right of an individual to control the commercial use of one's identity, or persona, such as name, image, likeness, or other unequivocal identifiers. It is often considered a property right as opposed to a personal right, and as such, the validity of the right of publicity can survive the death of the individual (to varying degrees depending on the jurisdiction). Personality rights are generally considered to consist of two types of rights: the right of publicity, or the right to keep one's image and likeness from being commercially exploited without permission or contractual compensation, which is similar (but not identical) to the use of a trademark; and the right to privacy, or the right to be left alone and not have one's personality represented publicly without permission. In common law jurisdictions, publicity rights fall into the realm of the tort of passing off. United States jurisprudence has extended this right. A commonly cited justification for this doctrine, from a policy standpoint, is the notion of natural rights and the idea that every individual should have a right to control how their right of publicity is commercialized by a third party, if at all. Often, though certainly not always, the motivation to engage in such commercialization is to help propel sales or visibility for a product or service, which usually amounts to some form of commercial speech, (which in turn receives the lowest level of judicial scrutiny). Theft of a person's persona and or personality traits or likeness is not common thing discussed, so it can become like low hanging fruit to scammers, con-artists, and identity thieves.

## Mirroring

Definition of Mirroring – Imitating or copying another person's characteristics, behaviors, or traits. Borrowing a Self-Image. Mirroring occurs when people with Personality Disorders have a vacant or distorted self-image, which can manifest itself as an imitation of another person's speech, mannerisms, behaviors, dress style, purchase preferences or daily habits. In more extreme manifestations of this behavior, the person doing the mirroring might begin to believe they actually are the other person, to the extent they might call themselves by their name, claim to be them or 'borrow' elements of the other person's life such as relationships, past experiences, career, or family history and claim these as their own. Mirroring can be a form of Dissociation, where a person's strong feelings create "facts" which are less than true. A dramatic case of mirroring is portrayed in the movie Single White Female, in which the character Hedra Carlson (played by Jennifer Jason Leigh) begins to imitate her new room-mate Allie in the way she looks, dresses, and behaves, imitating her haircut, wearing her clothes, and ultimately seducing Allie's boyfriend.

# RACKETEERING

Racketeering is the act of acquiring a business through illegal activity, operating a business with illegally derived income, or using a business to commit illegal acts. Racketeering broadly refers to criminal acts, typically those involving extortion. It is usually used in reference to patterns of illegal activity specified in the Racketeer Influenced and Corrupt Organizations Act (RICO). This is a U.S. federal law that makes it illegal to acquire or control a business through certain crimes or income from those crimes. It is also illegal to participate, even indirectly, in certain crimes committed by a business or to conspire to do any of the above under the act. The evidence available highly suggests that multiple organizations, some acting under the color of law, while others acting under the influence of corporations, participated in the illegal project, "The Power of Adversity" to conduct illegal actions against the Plaintiff, possible under the guise the legal project, "Bridge the Gap." The plaintiff's ex-spouse signed a contract with the owner and CEO of this project.

## 18 U.S. Code Section 521

Organized criminal groups can operate locally, nationally, or internationally. Small organizations typically operate with some members selling illegal drugs. However, large criminal organizations get involved in a wide range of criminal activity, while posing as legitimate business to conceal their illegal activity. The United States Department of Justice describes "criminal street gangs" as three or more people whose members identify themselves as adopting a group identity to create an environment of fear or intimidation. Their primary function is to engage in criminal activity by using violence, threats, or intimidation to further their criminal goals. Active criminal organizations inside the United States include local street gangs such as the Bloods and Crips, organized crime groups such as White Supremacists, Klu Klux Klan, and Neo Nazis, Religious crime groups, motorcycle gangs, and prison gangs such as the Mexican Mafia and the Aryan Brotherhood. The Department of Justice, Federal law enforcement agencies, and prosecutors are given vast resources to investigate and prosecute alleged violations of federal laws. The Plaintiff's relatives and ex-spouse are both affiliated with the nefarious "Bloods" gang as well as other cartel or mafia linked families.

# HUMILIATION RITUALS

During the twelve years of the Third Reich (1933-1945), Nazi officials and organizations perpetrated public humiliations of individuals in Germany and Nazi-occupied countries. The Nazis singled out Jews and other victims who violated racial laws as targets for Humiliation. Many Germans became involved when they acquired Jewish businesses, homes, or belongings sold at bargain prices or benefited from reduced competition as victims were driven from the economy. With such gains, these individuals developed a stake in the ongoing persecution. Various forms of humiliation were meant to inflict powerlessness in the individual. Personal privacy was eliminated, and severe restraints were imposed to interfere with normal family structures to interrupt gender roles that often-generated shame when people were no longer able to provide or protect their families as they were accustomed to doing. Humiliation tactics were meant to strip individuals of their humanity and every aspect of their lives were controlled by someone else. The Nazis took every opportunity to remind their victims of this brutish control. Jewish men often had their beards forcibly shaved and endured physical punishment. Degrading episodes were carried out by ordinary citizens, the police, the military, and SS officers or soldiers. Men, women, and children were all targets for humiliation. These humiliating incidents were intended to embarrass individuals as well as to deliver or reinforce lessons about Nazi racial ideology and power. Humiliation is one of the most powerful human emotions, causing feelings of shame and degradation. To humiliate someone means to violate the dignity of a person by disregarding their basic human rights. The humiliations of the Nazis inflicted on Jews and other victims were not accidental, but intrinsic to the Nazi program of racist oppression. The Nazis used humiliation tactics not only to debase their victims, but also to reinforce lessons about racial hierarchy for German citizens and populations under Nazi occupation. Since the humiliation was public, it functioned further as a warning to anyone who transgressed Nazi racial law. Moreover, Nazis knew well how potent humiliation could be, as many German Politicians considered the Treaty of Versailles, which concluded World War 1 in 1919, to be a national humiliation of Germany. Many Europeans witnessed acts of persecution, including violence against their neighbors, the Jews, but inhumanely stood by and did nothing, just like the woman who was raped on the train in New York, as the passengers took out their phones to record the rape. This history poses difficult and fundamental questions about human behavior and the context within which individual decisions are made. Ordinary people behaved in a variety of ways during the Holocaust. Motives ranged from pressures to conform and defer authorities, to opportunism, greed, and hatred. Everywhere there were witnesses on the sidelines who cheered on the active participants in persecution and violence. Most, however, remained silent. Understanding how and why the Holocaust was possible raises challenging questions about modern society and the ease with which people can become complicit in human rights violations. Humiliation need not involve an act of aggression or coercion. People can readily be humiliated through more passive means such as being ignored, overlooked, taken for granted, or denied certain rights or privileges. They can be humiliated by being rejected, abandoned, abused, betrayed, or used as a means-to-an-end. Ritual humiliation in

traditional societies can serve to enforce a particular social order, or as with hazing rituals, to emphasize that the group takes precedence over its individuals' members. In Hierarchical societies, the elites go to great lengths to protect and uphold their reputation and standing, while the lower orders submit to prescribed degrees of debasement. As a society becomes egalitarian, such institutionalized humiliation is increasingly resented and resisted, which can give rise to violent outbursts and even outright revolution. Because elites live by their pride, and because they embody their people and culture, their humiliation can be especially poignant and emblematic. In the early 260, after suffering defeat at the Battle of Edessa, the Roman Emperor Valerian arranged a meeting with Shapur I the Great, the Shahan shah (king of kings) of the Sassanid Empire. According to some accounts, Shapur used Valerian, holding him captive for the rest of his life. According to some accounts, Shapur used Valerian as a human footstool when mounting his horse. After Valerian offered Shapur a huge ransom for his release, he was flayed alive or by another account, made to swallow molten gold. His cadaver was then skinned, and the skin stuffed with straw and displayed as a trophy. Many tribal societies feature complex initiation rites designed to defuse the threat posed by fit and fertile young men to the male gerontocracy. These rites sometimes include a painful and bloody circumcision, which is of course symbolic of castration. The Latin root of "humiliation" is "humus" which means earth or dirt. Humiliation involves abasement of honor and dignity, and with that, loss of status claims. When individuals are merely embarrassed, their status claims are not undermined and if they are, they are easily recovered. But when a person is severely humiliated, their status claims cannot so easily be recovered because, in this case, their very authority to make status claim has been called into question. People who are in the process of being humiliated are usually left shunned, speechless, and more than that, voiceless. To this day, humiliation remains a common form of punishment, abuse, and oppression. Conversely, the dread of humiliation is a strong deterrent against crime, and history has devised many forms of humiliating mob punishments. The last recorded use in England of the pillory dates back to 1830, and of the stocks of 1872. Pillories and stocks immobilized victims in an uncomfortable and degrading position while people gathered to taunt and torment them. Tarring and feathering, used in feudal Europe and its colonies in the early modern period, involved covering victims with hot tar and feathers before parading them on a cat or wooden rail. (Psychology Today)

## CRIMINAL INFORMANTS

---

The practice of trading information for guilt is so pervasive that it has become a thriving business. The heart of snitching is the deal between the government and the criminal, in which the government permits the suspect to avoid potential criminal liability or punishment in exchange for information. Many are given impunity to continue to do crimes when the promised information is of high value to the government. Multiple people have become convicted based on fabricated testimony of dozens of jailhouse informants—participates in a for-profit snitch ring, where criminals sell information to reduce their sentences. When officials rely on criminal informants, innocent people can pay a heavy price. Criminal informants continue to commit crimes while

working for the government. To its embarrassment, the Secret Service, discovered that their top informant, Albert Gonzalez, was running one of the largest credit card data theft rings in the country, Gonzalez had connections with the government to promote his illegal activities and also to tip off other hackers on how to avoid detection.

## **TABLE OF AUTHORITIES CITED**

**18 USC 666 – Bribery (Offering, Giving, Soliciting, or Receiving a Bribe) Fraud Involving Deprivation of the Intangible Right to Honest Services of Public Officials, Extortion Under Color of Official Right, Conspiracy to Defraud by Interference with Governmental Functions - 18 USC 201 – Bribery of Public officials and witnesses**

**RICO - 18 USC 1962(a)(c)**

- 18 USC 1964 – Civil Remedies
- Johnson v. GEICO Cas Co., 516 F. Supp 2d 351 (D. Del 2007)
- Cited in FAC at pages 1-4, 70-74????

**RICO/Civil Conspiracy – 18 USC 1962(a)(b)(d) & 1349?**

- Doctors' Co v. Superior Court (1989) 49 Cal.3d 44, citing Mox Incorporated v. Woods (1927) 202 Cal. 675, 677-78.)' (Id. At 511.) & (Allied Equipment Corp. v. Litton Saudi Arabia Ltd., supra, 7 Cal. 4th at 510-11.)
- Cited in FAC at pages 74-76

**18 U.S.C. § 241 - Conspiracy Against Rights - Section 241**

- makes it unlawful for two or more persons to agree to injure, threaten, or intimidate a person in the United States in the free exercise or enjoyment of any right or privilege secured by the Constitution or laws of the Unites States or because of his or her having exercised such a right.

- Unlike most conspiracy statutes, §241 does not require, as an element, the commission of an overt act.

**TORTURE - 18 U.S.C. Chapter 113 – The Power of Adversity Project – Crimes Against Humanity and Peace – Persecution on political, religious, racial, and gender grounds, Political repression, Illegal Human Experimentation, Dehumanization, Recruitment and use of child soldiers - Torture is the act of deliberately inflicting severe physical or psychological suffering on someone by another as a punishment in order to fulfill some desire of the torturer or force some action from the victim - 18 USC 1091, 18 USC 2442**

- 18 U.S. Code section 2340– Definitions: The United States Code, prohibits torture committed by public officials under color of law against persons within the public official's control or custody. This statute defines the words used throughout the rest of 18 U.S. Code Chapter 113C. The definitions contained within 18 U.S. Code section 2340 apply any time the defined words are used in the other two statutes within the Chapter. The words that are defined include torture, severe mental pain or suffering, and United States. According to the relevant statute, torture includes any action undertaken by a person acting under the color of the law that is intended to inflict severe physical or mental pain or suffering upon

a person under his custody or within his physical control. However, the definition does not extend to include pain and suffering inflicted that is incidental to lawful sanctions. Severe mental pain and suffering is also defined within the statute to include prolonged harm caused by or resulting from infliction of physical injury or suffering; threats of physical injury; the administration or application of mind-altering substances; threatening the use of mind-altering substances; threatening imminent death; or threatening that other will be subject to severe pain and suffering or the administration of mind-altering substances. Finally, United States is defined to include all the U.S. states, Washington D.C., and all commonwealth, territories, and possessions of the United States.

- **Psychological Torture** – this form of torture may be covert and is designed to inflict psychological pain or leave as little physical injury or evidence as possible while achieving the same psychological devastation. Although torture is sanctioned by some states, it is prohibited under international law and domestic laws of most countries and is a serious or gross violation of human rights. It is declared to be unacceptable by Article 5 of the UN Universal Declaration of Human Rights.

- **Medical Torture** – describes the involvement of, or sometimes instigation by medical personnel in acts of torture, either to judge what victims can endure, to apply treatments which will enhance torture, or as torturers in their own right. Medical torture overlaps with medical interrogation if it involves the use of professional medical expertise to facilitate interrogation or corporal punishment, in the conduct of torturous human experimentation. Medical torture also covers tortuous scientific (or pseudoscientific) experimentation upon unwilling human subjects.

- **Political Repression** – is the act of a state or government entity controlling a citizen by force for political reasons, particularly for the purpose of restricting or preventing the citizen's ability to take part in the political life of a society, thereby reducing their standing among their fellow citizens. It is often manifested through policies such as human rights violations, surveillance abuse, police brutality, imprisonment, involuntary settlement, stripping of the citizen's rights, violent actions, terror, torture, forced disappearance, and other extrajudicial punishment of political activists, dissidents, or general population. Political repression is also carried out by means outside of written policy, such as public and private media ownership, censorship, and shadow-banning. These types of situations typically are set-up where the death of the target is the end result.

- **Crimes against humanity** - can be committed during peace or war. They are not isolated or sporadic events but are part either of a government policy (although the perpetrators need not identify themselves with this policy) or of a wide practice of atrocities tolerated or condoned by a government or de facto authority. Inhumane acts such as dehumanization, political repression, racial discrimination, religious persecution, unethical human experimentation, torture, and human rights abuses may all reach the threshold of crimes against humanity if they are part of a widespread or systematic practice.

**18 U.S.C. § 1589 – Wiretap Act**

Title III of the <u>Omnibus Crime Control and Safe Streets Act of 1968</u>, (Pub. L. 90-351; 6/19/68), also known as the "Wiretap Act":

- prohibits the unauthorized, nonconsensual interception of "wire, oral, or electronic communications" by government agencies as well as private parties,
- establishes procedures for obtaining warrants to authorize wiretapping by government officials, and
- regulates the disclosure and use of authorized intercepted communications by investigative and law enforcement officers.
- It is illegal to intentionally engage in electronic surveillance under appearance of an official act or to disclose or use information obtained by electronic surveillance

- Congress passed Title III in response to congressional investigations and published studies that found extensive wiretapping had been conducted by government agencies and private individuals without the consent of the parties or legal sanction. Congress found that the contents of these tapped conversations and the evidence derived from them were being used by government and private parties as evidence in court and administrative proceedings.

- Title III originally covered only "wire" and "oral" communications but was significantly revised by Title I of the ECPA in 1986 to include electronic communications. The ECPA includes two additional titles to protect the privacy of stored communications and regulate the use of "pen register" and "trap and trace" devices. See the ECPA.
- The U.S. Supreme Court has held that the Fourth Amendment protection against unreasonable search and seizure extends to the interception of communications and applies to all conversations where an individual has a reasonable expectation of privacy. See *Berger v. New York*, 388 U.S. 41 (1967) and *Katz v. United States*, 389 U.S. 347 (1967).

**Economic Espionage Act of 1996, Title 18, Sections 1831 and 1832 of the U.S. Code.**

- Theft of trade secrets occurs when someone knowingly steals or misappropriates a trade secret to the economic benefit of anyone other than the owner. Similarly, economic espionage occurs when a trade secret is stolen for the benefit of a foreign government, foreign instrumentality, or foreign agent. Both crimes are covered by the Economic Espionage Act of 1996, Title 18, Sections 1831 and 1832 of the U.S. Code.

**Theft of Trade Secrets – 18 USC 1832 & 1836 (Misappropriation of Trade Secrets)**

- Theft of trade secrets means the theft of ideas, secret recipes, years of research, plans, methods, technologies, or any sensitive information from varying sources. Trade secrets are owned by a person or company and give the person a competitive edge. Theft of trade secrets damages the competitive edge and therefore the economic base of a person or business.

- An owner of a trade secret that is misappropriated may bring a civil action under this subsection if the trade secret is related to a product or service used in, or intended for use in, interstate or foreign commerce.
- Pirated trade secrets are sold to other companies or illegal groups. Trade secrets no longer have to be physically stolen from a company. Instead, corporate plans and secrets are downloaded by pirates onto a computer disc. The stolen information can be transmitted worldwide in minutes. Trade secret pirates find pathways into a company's computer systems and download the items to be copied. Companies keep everything in their computer files. Pirated copies are sold over the Internet to customers who provide their credit card numbers then download the copy.

## Victims' Rights and Restitution Act (VRRA) (34 U.S.C. § 20141)

- describes the services the federal government is required to provide to victims of federal crime. Some of the services victims are entitled to include:
- To be informed of the place where they may receive medical and social services
- To be informed of public and private programs available for counseling, treatment, and other support services
- To receive reasonable protection from a suspected offender and persons acting in concert with or at the behest of the suspected offender
- To know the status of the investigation of the crime, to the extent it is appropriate and will not interfere with the investigation
- To have personal property being held for evidentiary purposes maintained in good condition and returned as soon as it is no longer needed for evidentiary purposes
- Under the VRRA, a crime victim is a person who has suffered direct physical, emotional, or pecuniary (financial) harm as a result of a crime. If a crime victim is under 18 years of age, incompetent, incapacitated, or deceased, services should be provided to one of the following representatives of the victim (in order of preference): a spouse, legal guardian, parent, child, sibling, another family member, or another person designated by the court. More than one victim representative can be identified and provided with services depending on the circumstances. Under no circumstances shall a person culpable (responsible) for the crime be treated as a representative of a victim.

## Crime Victims' Rights Act (CVRA), 18 U.S.C. § 3771, victims have the following rights:

- The right to be reasonably protected from the accused
- The right to reasonable, accurate, and timely notice of any public court proceeding, or any parole proceeding, involving the crime or of any release or escape of the accused
- The right not to be excluded from any such public court proceeding, unless the court, after receiving clear and convincing evidence, determines that testimony by the victim would be materially altered if the victim heard other testimony at that proceeding
- The right to be reasonably heard at any public proceeding in the district court involving release, plea, sentencing, or any parole proceeding
- The reasonable right to confer with the attorney for the government in the case
- The right to full and timely restitution as provided in law
- The right to proceedings free from unreasonable delay
- The right to be treated with fairness and with respect for the victim's dignity and privacy

- The right to be informed in a timely manner of any plea bargain or deferred prosecution agreement
- The right to be informed of the rights under this section and the services described in section 503(c) of the Victims' Rights and Restitution Act of 1990 (34 U.S.C. § 20141(c)) and provided contact information for the Office of the Victims' Rights Ombudsman of the Department of Justice. The Victims' Rights Ombudsman may be contacted at eousa.VictimOmbudsman@usdoj.gov if a victim believes a Department of Justice employee has failed to provide them their rights under the Crime Victims' Rights Act

**Obstruction of Justice – 18 USC 1510, 1513, 1512, 1985**

**Retaliation & Coercion - 42 U.S.C. 12203 & 1513**

**Defamation – Libel O.C.G.A. 51-5-1(a)** – Georgia defamation law defines libel as a false and malicious defamation of another, expressed in print, writing, pictures, or signs, tending to injure the reputation of the person and expose him to public hatred, contempt, or ridicule.

**18 U.S.C. § 1584 – Involuntary Servitude or Forced Labor**

- Involuntary servitude - The FBI describes Human Trafficking as the exploitation of a person. The term "involuntary servitude" includes a condition of servitude induced by means of—(A)any scheme, plan, or pattern intended to cause a person to believe that, if the person did not enter into or continue in such condition, that person or another person would suffer serious harm or physical restraint; or (B) the abuse or threatened abuse of the legal process.

- Whoever knowingly and willfully holds to involuntary servitude or sells into any condition of involuntary servitude, any other person for any term, or brings within the United States any person so held, shall be fined under this title, or imprisoned not more than 20 years, or both. If death results from the violation of this section, or if the violation includes kidnapping or an attempt to kidnap, aggravated sexual abuse or the attempt to commit aggravated sexual abuse, or an attempt to kill, the defendant shall be fined under this title or imprisoned for any term of years or life, or both.

- Section 1584 of Title 18 makes it unlawful to hold a person in a condition of slavery, that is, a condition of compulsory service or labor against his/her will. A Section 1584 conviction requires that the victim be held against his/her will by actual force, threats of force, or threats of legal coercion. Section 1584 also prohibits compelling a person to work against his/her will by creating a "climate of fear" through the use of force, the threat of force, or the threat of legal coercion [i.e., If you do not work, I will call the immigration officials.] which is sufficient to compel service against a person's will.

**18 U.S.C. § 1593 – Mandatory Restitution**

- This statute provides for mandatory restitution for trafficking victims in the "full amount of the victims losses" as determined by the court, and in addition to any other civil or criminal penalties.

**Punitive Damages – OCGA 51-7-83 (a) OCGA 51-7-81 – OCGA 51-12-5.1(b)**

- Georgia Supreme Court in the case of Coen V. Aptean, INC Allows for the recovery (a) allows for the recovery of punitive damages in abusive litigation cases, not based solely on injured feelings. The Court overruled the contrary holdings in Snellings and Sharp-disapproved the contrary language in Freeman; and reversed the Court of Appeals contrary holding in Division 2 of its opinion. OCGA 51-7-81 - Punitive damages may be awarded when a defendant's actions showed willful misconduct, malice, fraud, wantonness, oppression, or an entire want of care. OCGA 51-12-5.1 (b), every abusive litigation plaintiff may be entitled to punitive damages on top of other damages.

**Malicious Prosecution/False Arrest/ False Imprisonment/ Abusive Litigation/Abuse of Process – an abuse of process is commonly used to bolster a county's chances of civil recovery from baseless charges - The 42 USC 1983 –28 USC 2680**

- **Lesleigh Nurse v. Walmart Stores East, LLC – 11-30-2021-**Jury awarded over 2.1 million for being wrongfully arrested for shoplifting, based on the company abuse of process to bolster chances of civil recovery from baseless charges.
- 28 USC 2680 – (a) any claim based upon an act or omission of an employee of the Government, exercising due care, in the execution of a statue or regulation, whether or not such statue or regulation be valid, or based upon the exercise or performance or the failure to exercise or perform a discretionary function or duty on the part of a federal agency or an employee of the Government, whether or not the discretion involved be abused. (h) Any claim arising out of assault, battery, false arrest, malicious prosecution, abuse of process, libel, slander, misrepresentation, deceit, or interference with contract rights: Provided that with regard to acts or omissions of investigative or law enforcement officers of the United States Government, the provisions of this chapter and section 1346(b) of this title shall apply to any claim arising, on or after the date of enactment of this proviso, out of assault, battery, false imprisonment, false arrest, abuse of process, or malicious prosecution. For the purpose of this subsection, "investigative or law enforcement officer" means any officer of the United States who is empowered by law to execute searches, to seize evidence, or make arrests for violations of Federal law. (n) Any claim arising from the activities of a Federal land bank, a federal intermediate credit bank, or a

- O.C.G.A.51-7-40(2010) 51-7-40. Right of action for malicious prosecution. A criminal prosecution which is carried on maliciously and without any probable cause and which causes damage to the person prosecuted shall give him a cause of action.

**Lack of Probable Cause - O.C.G.A. 51-7-43 (2010)**

- 51-7-43. Lack of probable cause defined, question for jury.
- Lack of probable cause shall exist when the circumstances are such as to satisfy a reasonable man that the accuser had no ground for proceeding, but his desire to injure the accused. Lack of probable cause shall be a question for the jury, under the direction of the court.

**OCGA 51-7-83(a) – Authorizes the recovery of punitive damages in an abusive litigation case**

- **18 USC 241, 242,** - This law states that it is a crime for one or more persons acting under color of law to willfully deprive or conspire to deprive another person of any right protected by the constitution or laws of the United States. "Under color of law" mean that the person doing the act is using power given to him or her by a governmental agency (Local, State, or Federal). A law enforcement officer acts "under color of law" even if these laws include excessive force, sexual assault, intentional false arrests, theft, or the intentional fabrication of evidence resulting in a loss of liberty to another.
- Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388, 423 (U.S. 1971). The matter ended up at the Supreme Court where the court established that a private right of action for monetary damages can be inferred when no other federal remedy is provided for constitutional right violations. The Supreme Court based its decision on the notion that, "For every wrong, there is a remedy."


## 2010 Georgia Code - TITLE 30 - HANDICAPPED PERSONS - CHAPTER 5 PROTECTION OF DISABLED ADULTS

- § 30-5-3 - Definitions O.C.G.A. 30-5-3 (2010) 30-5-3 - (1) "Abuse" means the willful infliction of physical pain, physical injury, mental anguish, unreasonable confinement, or the willful deprivation of essential services to a disabled adult or elder person.

**Civil Rights Act of 1964**

- Title II – prohibits segregation or discrimination in places of public accommodation
- Title V – Assures nondiscrimination in the distribution of funds under federally assisted programs
- Title VII – Bans discrimination by unions, schools, employers, or federal government
- Faragher v. City of Boca Raton, 524 U.S. 775 (1998) [imputed liability based on three justifications: the city had knowledge, or constructive knowledge of the harassment; the supervisors were agents of the city, and the traditional agency principles applied; that a supervisor knew of the harassment and had failed to act.
- U.S. Supreme Court Justice David Souter, on March 25, 1998, acknowledged a conflict, and implemented affirmative defenses to liability or damages regarding sexual harassment and hostile work environment, but ultimately overturned Eleventh Circuit's decision and remanded the case for reinstatement of the previous district court's ruling

**Civil Rights Act – 42 USC 1983** (codification of the Civil Rights Act of 1871, otherwise known as the "Klu Klux Klan Act.")

- This statute authorizes private parties to enforce their federal constitutional rights against municipalities, state and local, and other defendants who act under color of state law.
- Monroe v. Pape (the court articulated three purposes for passage of the statute: (1) to override certain kinds of state laws (2) to provide a remedy where state law is inadequate and (3) to provide a federal remedy where the state remedy, though adequate in theory, was not available in practice.
- **18 U.S.C. § 242 – Deprivation of Rights Under Color of Law**

**18 USC 1347 – Healthcare Fraud** – whoever knowingly and willfully executes, or attempts to execute, a scheme or artifice to defraud any health care benefit program, or to obtain by means of false or fraudulent pretenses, representations, or promises, any of the money or property owned by, or under the custody or control of any health care benefit program, in connection with the delivery of or payment for health care benefits, items, or services, shall be fined under this title or imprisoned not more than 10 years, or both. In other terms, anyone who makes false claims to a healthcare benefit program in order to receive something of value that they otherwise could not obtain is guilty of healthcare fraud and subject to fines and imprisonment.

**FRAUD – PEN $ 470, 18 USC $ 1001, CIV $ 1710, CIV $ 3294**

- Computer Fraud -18 USC $ 1030 (a)(2)(c) & (a)(4),
  18 USC $ 1030 (b), 18 USC 1030 (g)
- Computer Fraud and Abuse Act (CFAA) $ 1030(a)(c)(4)(i)
- 18 USC $ 1961 Definitions (1) (B) (5)
- Cited in FAC at Pages 77-79

**The Right to Privacy – Intrusion of Privacy - Appropriation of Likeness – False Light - Tort Action and Constitutional Action - Video Voyeurism - 18 U.S. Code § 1801 – OCG §§ 16-11-61 and 16-11-62**

- The general law of privacy, which affords a tort action for damages resulting from unlawful invasion of privacy and;
- The constitutional right of privacy which protects personal privacy against unlawful government invasion
- Invasion of privacy is a tort based in common law allowing an aggrieved party to bring a lawsuit against individuals who unlawfully intrudes into his or her private affairs, discloses his or her private information, publicizes him or her in a false light, or appropriates his or her name or likeness for personal gain
- Violation of the right to privacy is considered the intrusion or revelation of something private. Huskey v. National Broadcasting Co., 632 F. Supp. 1282 (N.D. III. 1986). One who intentionally intrudes, physically or otherwise upon the solitude or seclusion of another or his or her private affairs or concerns, is subject to liability to the other for invasion of privacy. Jackson v. Playboy Enterprises, Inc., 574 F. Sup. 10 (S. D. Ohio 1983).
- The law of privacy consists of four distinct types of invasions. The right of privacy is invaded when there is unreasonable intrusion upon the seclusion of another, appropriation of name or likeness, unreasonable publicity given to the other's private life, and publicity which unreasonably places the other in a false light before the public. See Klipa v. Board of Education, 54 Md. App. 644 (Md. Ct. Spec. App. 1983) and Uranga v. Federated Publs., Inc., 138 Idaho 550 (Idaho 2003).
- The unwarranted publication of a person's name or likeness may constitute the most common means of invasion of the right to privacy. The protection of name and likeness

from unwarranted intrusion or exploitation is the heart of the law of privacy. Lugosi v. Universal Pictures, 25 Cal. 3d 813 (Cal. 1979).

- To constitute an invasion of the right of privacy, the use of the name or likeness must amount to a meaningful or purposeful use of the name or likeness of a person. Allen v. National Video, Inc., 610 F. Supp. 612 (S.D.N.Y. 1985)

- In order to prove invasion of privacy based on intrusion, a plaintiff must show that (1) there was an invasion, (2) it would be highly offensive to a reasonable person, and (3) he had a reasonable expectation of privacy in the situation (see, for example, *Melvin v. Burling*, 490 N.E. 2d 1011 (Ill App. Dist. 1986)). The public disclosure of private facts tort prohibits certain uses of personal information regardless of how the information is gathered. An individual's privacy rights are violated under this theory when an ordinary person would find disclosure to be highly offensive (Restatement2d of Torts § 652D).

- Victims of voyeurism have brought several successful actions for invasion of privacy against the voyeur. In *Hamberger v. Eastman*, 206 A.2d 239 (1964), the Supreme Court of New Hampshire held that a husband and wife had their solitude invaded when their landlord installed and concealed a listening and recording device in their bedroom and connected it to his residence by wires capable of transmitting and recording any sounds and voices originating in the bedroom. This invasion, according to the Court, violated the plaintiffs' right to privacy.

- In *Snakenberg v. Hartford Casualty Insurance Company*, 383 S.E. 2d 2 (1989), the South Carolina Court of Appeals held that the modeling agent who concealed a video tape camera and recorder and used them to film and record models using a bedroom to undress invaded the models' privacy. In another case, several models who were videotaped in their dressing area during a fashion show were deemed to have a cause of action even though they were not taped while undressed (*In Re Doe*, 945 F. 2d 1442 (8th Cir. 1991)).

- Whoever, in the special maritime and territorial jurisdiction of the United States, has the intent to capture an image of a private area of an individual without their consent, and knowingly does so under circumstances in which the individual has a reasonable expectation of privacy, shall be fined under this title or imprisoned not more than one year, or both.

- OCG §§ 16-11-61 and 16-11-62 - It is unlawful for anyone to peep through windows or doors (or like other places) or do any other similar act on or about the premises of another for the purpose of spying upon or invading the privacy of the person spied upon. Any person who observes, photographs, or records the activities of another in a private place without consent is guilty of surveillance that invades the privacy of another.

**SHERMAN ANTITRUST ACT OF 1890 - Prohibits activities that restrict interstate commerce and competition in the marketplace. The Sherman Act was amended by the Clayton Act in 1914. 15 U.S. Code Section 1-38.**

Every Contract, combination in form of trust or conspiracy, in restraint of trade or commerce among the several states, or foreign nations, is declared to be illegal. Section 2 of the act prohibits monopolizing any aspect of interstate trade or commerce and makes the act a felony.

**The Matthew Shepard and James Byrd, Jr., Hate Crimes Prevention Act of 2009, 18 U.S.C. § 249**

# Constitutional Provisions Involved

- First Amendment – the right to freedom of speech, of the press, the right of the people to peaceable assemble, and to petition the Government for a redress
- Second Amendment – the right of the people to keep and bear Arms
- Fourth Amendment – the right against unreasonable searches and seizures that now include illegal surveillance, computer fraud and abuse, trailing and shadowing
- Fifth Amendment -the right not to be deprived of life, liberty, or property (Due Process)
- Sixth Amendment – the right to have the assistance of counsel for his or her defense
- Eight Amendment – Excessive bail shall not be required, nor excessive fines imposed, nor cruel and unusual punishments inflicted
- Fourteenth Amendment – Due Process of law – states that no person within its jurisdiction shall be denied equal protection of the laws

## IDENTITY OF PARTIES INVOLVED

**PARTIES**

**Plaintiff**

Precious Nicole McNeil                          44 Crabapple Lane, Brunswick, Georgia 31523

**Respondents**

| | |
|---|---|
| Chief Magistrate, Wallace E. Harrell | 701 H St, 1st Floor, Brunswick, GA 31520 |
| Caleb Still | 701 H St, 1st Floor, Brunswick, GA 31520 |
| Officer D. Baker, Badge # 168 | 157 Carl Alexander Way Brunswick, GA, 31525 |
| Lt. Officer Cove, Badge # | 157 Carl Alexander Way Brunswick, GA, 31525 |
| Department of Veteran Affairs | 251 N. Trade Street, Winston-Salem, NC 27105 |
| Wake Forest Baptist Hospital | 1 Medical Center Blvd, Winston-Salem, NC 27157 |
| North Carolina Medical Board | 3127 Smoketree Court, Raleigh, NC 27604 |
| The Women's Hospital | 801 Green Valley Road, Greensboro, NC 27408 |
| Greensboro Police Department | 100 E. Police Plaza, Greensboro, NC 27402 |
| Winston-Salem Police Department | 725 N Cherry St, Winston-Salem, NC 27101 |
| Federal Bureau of Investigation | 777 Gloucester St #406, Brunswick, GA 31520 |
| Department of Justice | 950 Pennsylvania Ave, NW Washington, DC 20530 |
| Office of Civil Rights | 200 Independence Ave, SW Washington, DC 20201 |
| Office of Health and Medicaid | 200 Independence Ave, SW Washington, DC 20201 |
| Office of Inspector General | 1401 Constitution Ave, NW Washington, DC 20230 |
| Federal Trade Commission | 600 Pennsylvania Ave, NW Washington, DC 20580 |
| Child Support Enforcement | 370 L'Enfant Promenade, SW Washington, DC 20447 |
| Social Security Administration | 1100 West High Rise 6401 Security Blvd. Baltimore, |
| Norton Security | 350 Ellis Street Mountain View CA 94043 |
| Google, Inc. | 1 Hacker Way, Menlo Park, CA 94025 |

| | |
|---|---|
| Apple, Inc. | 1 Infinite Loop, Cupertino, CA 95014 |
| Microsoft Corporation | 1 Microsoft Way, Redmond, WA 98052 |
| Facebook | 1 Hacker Way, Menlo Park, CA 94025 |
| Comcast | 777 Gloucester St, Suite 101, Brunswick, GA 31520 |
| LegalShield | 321 E Main St, Ada, OK 74820 |
| PennyMac | P.O Box 514387 Los Angeles, CA 90051-4387 |
| Esty | |
| Scribd.com | 460 Bryant St, #100. San Francisco, CA, 94107 |
| AT&T | 1365 Cass Ave, Detroit, MI 48226 |
| Amazon | 410 Terry Ave, N. Seattle, WA, 98109 |
| United States Postal Service | 805 Gloucester St, Brunswick, GA, 31520 |
| Victims' Rights Ombudsman | 950 Pennsylvania Ave, NW, Washington DC, 20530 |
| City of Greensboro Government | 300 West Washington St, Greensboro, NC 27401 |
| Allstate Insurance | 3421 Cypress Mill Rd, Ste 4, Brunswick, GA, 31525 |
| PayPal Inc | 2211 N. 1st St, San Jose CA, 95131 |
| Citibank Inc | 460 Park Ave, New York, NY, 10022 |
| Covington Pointe HOA | 2483 Demere Rd, Suite# 102, PO Box 20682 |
| Kristen Helane Guinn | 500 Shepherd St, Winston-Salem, NC, 27103 |
| Paul Wayne Whitecar | One Medical Center Blvd, Winston-Salem, NC 27157 |
| | |
| Mark G. Newman | 500 Shepherd St, Winston-Salem, NC, 27103 |
| Martha Decker | 500 Shepherd St, Winston-Salem, NC, 27103 |
| Nathan Smith | 251 N. Main St, Winston-Salem, NC, 27101 |
| Chris G. Cottonaro | 100 E. Police Plaza, Greensboro, NC, 27402 |
| Attorney James A. Davis | 301 N Main St. Suite 2421, Winston-Salem, NC 27101 |
| Attorney D. Barret Burge | 514 S Strafford Rd, unit 333, Winston-Salem, NC |

**YouTubers with access to confidential information**

Professional High Priestess (Daisy Ozim)

Phoenix Marvelous

Nisha Divine Tarot

Mystic Tori

All Eternal Love Tarot Twin Flame Specialist

Unique and Unapologetic

Hanging with Ginevra

LizzyLeeThaGreat DivineStarseedGoddess

GoddessQueen JustMe23

What's the chatter Larasha

Ashley Allure Tarot

The Dream Clairvoyant

Spiritual Healer 777

Spiritual Advisor LLC

Mazzaroth

Spiritual Beauty Tarot

Empress Lillian

Mystic Beauutie LLC

Pretti Auracle

Spiritual Sag

Unique Tarot LLC

The Time Oracle

JDS Tarot

Frankie's just tarot

Divine Feminine Tarot

High Priestess the Oracle

Sun Moon And Stars Intuitive

Author Michael Williamson

**IN RE: PLAINTIFF PRECIOUS NICOLE MCNEIL**


**COMPLAINT**


**VERIFIED INJUNCTION, COMPLAINT FOR DAMAGES, DECLARATORY AND INJUNCTIVE RELIEF, REQUEST FOR INVESTIGATION AND JURY DEMAND**


## I.    PRELIMINARY STATEMENT

In this action, Plaintiff, Precious Nicole McNeil, African American Female, Honorably Discharged, Permanent and Total Disabled Combat Veteran, protected under the American with Disabilities Act (ADA), and Minorities Persons covered under Title II & VII of the Civil Rights Act of 1964, seeks declaratory injunctive relief, or writ of mandamus, witness protection, and a federal investigation due to multiple threats to her life, safety, mental and physical wellbeing, harassment, abusive surveillance, tyranny, exploitation, compulsory service (involuntary servitude and forced labor via human trafficking), political repression, ostracism, distribution of confidential information, blacklisting, race, class, gender, and religious discrimination, denial of human rights, malicious imprisonment, and several incidents involving arbitrary abuse of power with numerous government and state actors. The disclosure of confidential information, trade secrets, loss of goodwill, community standing, and the interference with relationships, constitutes irreparable harm, warranting injunctive relief in both federal and state court. This group has attempted to dictate, dominate, and control the plaintiff's entire and went to great lengths to conceal their crimes. Recently, the hate group involved, disabled the plaintiff's devices remotely, to prevent her from submitting evidence to the authorities. This group has also been able to interrupt the plaintiff's fax machine at will. Immediate assistance is required to preserve evidence of these crimes. The behavior of the officials involved in this situation has been no less than sinister, barbaric, savage, and uncivilized, like the historical era involving the Hatfield's and McCoy's where lawlessness reigned. Recently, three men attempted to kidnap and or attack the plaintiff, after tracking her through her cellphone (iPhone) remotely, that has been under illegal surveillance for several years. There are multiple videos that give details of what is taking place. A Google Youtuber who goes by the name of Spiritual Tarot, has a video titled, "This Person Feels Guilty for Exposing Your Information to a Group of Haters." This Google YouTuber describes the deal that was made to sell or human traffic the plaintiff for information or content. Other videos by Ashley Allure's Addition include, "You Are Being Watched/Tracked By A Malicious Person/Group and Someone is Being Forced to Maliciously Attack You By a 3rd Party" also gives many details. Multiple government and state agencies continually ignore the plaintiff's pleas for help, therefore silently condoning these activities. Multiple FBI agents acted indifferent, rude, and hostile, and informed the plaintiff that they did not investigate illegal surveillance, wiretapping, or

serious cybercrimes and could not recommend her to anyone who could. The Plaintiff has a unique and complex case where she seeks an injunction to protect her life against organized cult, coven, mob, cartel, or gang-related activities involving an illegal project titled, "The Power of Adversity," that may be hidden under the guise of a legal project titled, "Bridge the Gap" created by millionaire Kevin Khoa Cates. The plaintiff has been held hostage and terrorized through illegal tracking, trailing, shadowing, stalking, hacking, monitoring, and secret recordings from at least 2018 to 2022, but could be longer. The attackers do not appear to be primary concerned with stealing money because it has been a while since the plaintiff's bank accounts have been hacked. Despite alerting several higher authorities, multiple attacks continue to occur, and the plaintiff continues to be tracked daily, which suggests the group of individuals monitoring the plaintiff are not after money—but rather content or information instead. The plaintiff's ex-spouse may be involved due to him being caught uploading thousands of private documents and photos to an Amazon cloud that the plaintiff was not aware existed. The criminal group involved, repeatedly attempts to silence the plaintiff, and these attempts have been reinforced through tampering with her finances, especially anytime she attempts to separate from the ex-spouse, it gets worse (multiple institutions raised the plaintiff's monthly payments from less than $100 to $300 to $500 dollars during Covid-19, forcing her to close those accounts, attempting to cripple her ability to sustain her family and force her to remain in an abusive situation). The authority figures involved have continuously tampered with the plaintiff's child support payments without a court order. They blocked and denied enforcement methods, denied tax interception and stimulus recovery. Authorities also blocked and denied arrears and interest payments, all in an effort to dominate, dictate, and control financial assistance or opportunities available to the client in a tyrannical-like fashion. Not only did authority figures sabotage the plaintiff's access to child support, but they also repeatedly blocked the plaintiff from access to social security benefits. Authority figures maliciously denied the plaintiff access to Social Security's "Wounded Warriors" program, which grants expedited processing to all 100 percent, permanent and total combat veterans usually within 30 to 90 days. When the plaintiff submitted a discrimination complaint, the situation was unfairly ignored and never addressed, which dehumanized the plaintiff, and took away her voice. These authorities grouped up and collaborated to deprive the plaintiff of her human rights under color of law by perpetuating multiple acts of misconduct, mischief, and illegal activities. The authority figures intentionally prolonged the plaintiff's case for over three years without a legitimate cause. Evidence shows that the Social Security Administration went as far as to illegally alter and reduce the payment amount the plaintiff would be eligible for based on employment history, if disability occurs. Social Security repeated discarded evidence that would have immediately granted benefits, which highlights the level of hate that this group has for the plaintiff. This criminal network has repeatedly deactivated the plaintiff's accounts, falsified documents, raised her fixed-rate mortgage, tampered with her mail, blocked access to services already paid for, price gauged, unlawfully tampered with her credit scores, and financial opportunities, and denied public benefits multiple times that the plaintiff would otherwise be qualified for. The Plaintiff's cellular network has been seized, and AT&T and Apple refuse to investigate. All three iPhones in the plaintiff's home have been hacked, tracked, and controlled remotely. In order to get pass Apple's security, to hack and control an iPhone remotely; a hacker would have to be willing to pay in excess of over a hundred thousand dollars. In 2016, the FBI spent over one million dollars to hack and access just one

iPhone. The plaintiff is constantly locked out her cell phones, computers, fax machine, emails, social media accounts, Ebenefits account, child support account, and even her own bank accounts. Her daily life, persona, intimate moments, conservations, personality traits, creative ideas, and trade secrets are monitored, studied, recorded daily, appropriated, mimicked, and commercialized for trade purposes. Some individuals appear to have based their entire YouTube careers primarily surrounding stolen information and life stories of the Plaintiff. Many have even created tarot cards using the multiple bits and pieces of the plaintiff's information. This organized criminal group is also using the confidential information gained through illegal surveillance to mock, degrade, and humiliate the plaintiff, by bragging about their nefarious acts on multiple YouTube channels, by dozens of individuals distorting the facts of the plaintiff's life in obscene ways. This group even sent individuals to pretend to like the plaintiff just to extract more information to generate more content to discuss on various channels. The plaintiff appears to have been sold into an illegal project, like a piece of chattel or property to be exploited by others at will. This organized-political criminal group is functioning similar to a pyramid scheme and has intentionally isolated, ostracized, censored, blocked, hid, and politically repressed the plaintiff to control her, study her, monitor her, and continuously gather information from her for commercial use, using political, judicial, and military force. All the plaintiff's relationships and connections have been intentionally sabotaged. After discovering the Power of Adversity project, all the plaintiff's family, friends, and associates began acting rude, indifferent, and ignoring her without cause. Some would start fights, arguments or disagreements that did not make sense. After the plaintiff's mother asked to speak to one of her associates—Genelle Boyer, shortly afterwards the person cut all ties to the plaintiff and never spoke to her again, which suggests that part of the betrayal is a family affair. Others knew about private information on the plaintiff's devices while living hundreds of miles away in a different state. The Plaintiff suspects that these people received some type of incentive to mistreat her and cause adversity in her life intentionally. The plaintiff's ex-friend Jennifer Sharnele Hill, who is suspected of having an affair with plaintiff's ex-spouse may also be involved in this situation because she appeared to have an obsession with the plaintiff's life. She wanted to be sister wives, but the plaintiff declined. Jennifer began mimicking and imitating the plaintiff's persona before the relationship ended. Jennifer began using the plaintiff's middle name and would claim the plaintiff's childhood stories as her own. She once stated that the plaintiff's life was supposed to be hers. Jennifer also attempted to drug the plaintiff while having drinks one night. The plaintiff is not sure if this was a collaborated effort between the ex-friend and ex-spouse, so the two could sleep together while the plaintiff was sleep. Jennifer Hill has considerable political influence due to her mother Sherlane Adams Hill and deceased father William Kay Hill, who was the Winston-Salem City Government, Human Resources Director, for over 23 years. Greensboro Fraud Detective Chris Cottonaro asked the plaintiff for proof of her claims and directly afterwards blocked the plaintiff's emails and would no longer respond back to the plaintiff's phone calls when she tried to provide proof, which obstructed justice and stripped the plaintiff of constitutional rights. These organizations enacted methods like the Holocaust to terrorize the plaintiff. When the plaintiff alerted the authorities of multiple illegal activities, they turned a blind eye, refused to act, and began to block or restrain the plaintiff's attempts to place complaints about the horrors taking place, therefore stripping her of all human rights. While all this was taking place, a relative called the plaintiff "GAY" one day, in the privacy of her living room. The next day, someone wrote

"GAY' all over the plaintiff's elementary child's stay-at-school folder that never leaves the building, which confirms the use of illegal surveillance, threats, and intimation tactics in place. Based on previous incidents, the teacher may be a participate in this secret gang, group, or cult-like activities, or the group may have made use of child soldiers, based on odd occurrences happening with children who recently moved into the plaintiff's neighborhood. The teacher, Ms. Brenner, never tried to find out who wrote the comment on the child's folder and didn't replace the folder until a month or so later when the plaintiff came to the school to photograph the folder. Before the plaintiff's children were targeted, the plaintiff discussed permanently separating from her ex-spouse. Shortly afterwards, a police officer knocked on the plaintiff's door, claiming he received a call about the plaintiff's children being loud and then suddenly got quiet? The problem with the officer's statement is the fact that the plaintiff's property is so large that individuals can barely hear a person scream while standing on the porch. So, how would a neighbor hear the children unless they were trespassing on the plaintiff's property? These actions show that this criminal group was willing to threaten the plaintiff's children, exerting extreme force, domination, and oppression, to get her to remain in toxic situation, just so they could continue to use the spouse to extract confidential information and trade secrets from the plaintiff. Before this, the plaintiff was given a false speeding ticket while driving on cruise control at a legal speed limit. Shortly after these events, the Plaintiff was subjected to an "Abuse of Process" and "Malicious Prosecution" where she was falsely imprisoned under Trespassing, banned from her home, placed on probation, forced to sleep in a homeless shelter for days, all for protecting an asset under a legal and binding contract as her "sole" and "separate" property, acquired before marriage. The officers totally disregarded the fact that the ex-spouse threatened the plaintiff with a dangerous weapon and only focused on the plaintiff's vehicle.

In the State of Georgia, the law states that any assets or property acquired before marriage is considered the sole and separate property of the person who obtained it, as well as any items the two people agree are separate property by contract. This bars any legal rights or claims by a current or future spouse to items obtained before marriage or any assets agreed to be separate by legal and binding contract before or during marriage unless the contract is just totally absurd or unreasonable. Payson, 274 Ga. 231 (2001) and Bailey v. Bailey, 250 Ga. 15 (1982). Reenforced that a spouse's separate property is not subject to equitable division. Separate property is generally defined as property acquired by one spouse prior to the marriage or property acquired by spouse by gift, inheritance, bequest, or devise, even though during the marriage, remains that spouse's separate property. The officers who arrested the plaintiff were informed of the contract and that the vehicle was separate property acquired before marriage.

Right before the arrest, the plaintiff's ex-spouse threatened to punish her, stating that he was going to show her how it feels to be set-up, for making a comment he did not like. The plaintiff openly accused the ex-spouse of being involved in The Power of Adversity project. Video evidence shows that Officer D. Baker and Lt. Cove, were dishonest, made false statements, exaggerated the details, and ignored crucial evidence, which suggests that the arrest could have been pre-arranged. The ex-spouse claims that the officers never asked him if he threatened the plaintiff with a dangerous weapon, which was more detrimental than the plaintiff letting air out of her own tires, while no one was present, to prevent theft of her own property. These officers made a false arrest to divert

attention away from the real perpetrator who initiated violence and hostility towards the plaintiff. The officers on the scene tried to cover up what really happened through false statements, and by not allowing the plaintiff to retrieve the contract on the vehicle she was arrested for. After the authorities received evidence (the legal & binding contract and threats from the ex-spouse via text messages, and an assault on a female inmate detail on the ex-spouse), proving a baseless charge or lack of probable cause. The magistrate, police officers, chief deputy, and multiple individuals from the Glynn County Solicitors office, all followed through with an arbitrary abuse of discretion, by continuing with the process, in order to harass and punish the plaintiff through fraudulent legal proceedings. The officers arrested the wrong person, but it was more beneficial for them to make an arrest. Even after alerting the magistrate of the plaintiff's limited disability income and that her life was in danger, the magistrate refused to remove the probation fees or restore the plaintiff's guns rights, which further suggests an abuse of process commonly used to bolster the county's chances of civil recovery from baseless charges. Her actions highly suggest bribery and public corruption and are a direct violation of the plaintiff's constitutional rights. The magistrate and the police department were given evidence via text messages of the ex-spouse screaming (all caps) stating that he hoped the people stalking the plaintiff would find her and bust her head open. Removing the plaintiff's gun carry rights from a baseless charge was an insidious and covert way to leave the plaintiff defenseless in an extremely dangerous and hostile situation dealing with hidden enemies and organized crime. This situation also highlight's the plaintiff's ex-husband felt entitled to dictate and control the plaintiff's property that did not belong to him, after recklessly disposing of a previous vehicle that the plaintiff purchased for him despite the plaintiff's multiple objections. In other terms, the plaintiff's ex-husband felt like the plaintiff had a duty to continue to take care of him and have full control over her possessions, despite the fact the relationship was over, despite the fact he signed a prenuptial-type agreement, and despite the fact he continuously abused, lied, cheated, and threatened the plaintiff over the course of the marriage. The plaintiff's ex-spouse has an Adolph Hitler type of charm that allows him to manipulate large groups of people in detrimental ways, which makes him a prime candidate to be a government informant. Before the plaintiff's false arrest, she alerted the Glynn County Police Department about a previous set-up attempt by the ex-spouse and a woman working next door to the ex-spouse at Great Clips but was not taken seriously. Before moving to Georgia, both the ex-spouse and older sister threatened to have the plaintiff committed, while experiencing spousal abuse, infidelity, and family betrayal. Before this, the ex-husband's child's mother tried to set the plaintiff up by claiming she had spanked or punished her child, when the plaintiff purposely distanced herself from the child because she suspected that the child was being used as a cover for infidelity. The plaintiff has never laid a hand on another person's child, so this situation suggests that there was some sort of plot or plan to discredit and ruin the reputation of the plaintiff by having her parenting skills and mental stability questioned. Not only has the plaintiff been under illegal surveillance for years, but she has also been cyberstalked, filmed, recorded, tormented, harassed, bullied, tracked, trailed, shadowed, denied public services, and all her private information distributed and sold online for profit. The attackers decide when the Plaintiff can use her phone, computer, or upload anything on her social media accounts. The group of individuals working against the plaintiff have almost full control of her network, computers, GPS systems, phone calls, text messages, and emails, which makes buying new devices pointless, therefore placing her in a hostage-like position. At times, the

plaintiff's new phones are hacked and tracked before she can even leave out the AT&T store. The same situation happened with the plaintiff's last computer purchase. Immediately after connecting to home internet, Microsoft and Google began hacking into the web cam and microphone. The attackers continually interfere with her network and disconnect her services and devices at will maliciously. Google has even decreased the file limits from 25MG, down to less than 5MG, without cause. Her devices are sometimes deactivated for days at a time. The attackers harass through obscene calls, texts, and emergency alerts sometimes daily. These individuals gang up and stalk the plaintiff in real life and on all her social media pages. They steal any content she posts, in addition to the content stolen from her devices, to claim as their own for profit. The need to track, monitor, and record the plaintiff has turned into deadly obsession from a group of individuals who are hidden from the plaintiff. Evidence gathered by the plaintiff highly suggests that the United States Government used major organizations such as Google, Microsoft, Apple, Facebook and other entities to illegally hack, track, study, monitor, record, document, and create scripts centered around the plaintiff's personality traits, shopping and browsing history, financial records, confidential research, trade secrets, digital dairy, creative ideas, personal habits, favorite shows, music, food, and intimate life stories, that are continuously distributed and sold to multiple Google Youtubers and other social media influencers, generating a fortune, through the illegal project titled, "The Power of Adversity." Any information given to News sites, would essentially be used for ideas but never addressed or published. The United States has failed in its fiduciary duty to give equal access and protection under the laws within its jurisdictions. Numerous organizations including the Department of Veteran Affairs, multiple Attorney Generals, Governors, Senators, etc., have been alerted to the vast number of criminal attacks directed at the plaintiff. The Department of Veteran Affairs' previous VA-Choice Claims Manager, worked with several doctors (Kristen Helane Guinn, Paul Wayne Whitcar, Mark G. Newman, Martha Decker and others), from Wake Forest Baptist Hospital and the Women's Hospital to steal the Plaintiff's identity and laundry government funds under her name for false healthcare services, while ruining the plaintiff's credit maliciously during the process. All her social media accounts are constantly tracked, stalked, censored, shadow banned, and shut down repeatedly, despite uploading multiple forms of identification and never breaking any rules. Many of the plaintiff's records have been tampered with, falsified and signatures forged. The authorities know and refuse to help. The United States Government has resorted to treating the plaintiff like a terrorist for exposing corruption, despite risking her life to fight and serve the United States. Multiple reports have been submitted by the plaintiff about her situation to no avail. The heavy restraints, surveillance, unfairness, denial of rights, exclusion of privileges of society, and the sheer magnitude of the malicious crimes committed against her, can only be carried out by means of public corruption and organized criminal networks, operating like a cartel or mob-like entity. Who else besides the United States Government would have the resources it takes to operate a project based on Adversity? The United States and several Organizations used military power and brute force to control, enslave, dominate, and exploit the Plaintiff for personal gain. The individuals involved, intentionally engaged in electronic surveillance, under the color of law, while perpetrating the appearance of an official act. The United States Government disclosed, distributed, and used information obtained by electronic surveillance knowing that it was not authorized by statute to generate a profit in unethical and inhumane ways by exploitation of innocent human beings. The United States violated 18 U.S.C.

1584 (involuntary servitude), which makes it unlawful to hold a person in a condition of slavery, that is, a condition of compulsory service or labor against his or her will. The United States turned the act of illegal surveillance into an economic enterprise, where they used all the plaintiff's private information, research, ideas, pain, suffering, and adverse life circumstances, to generate content for profit. These organizations were alerted to what was happening, but they intentionally allowed it to continue through bribery, for a prolonged period of time due to the enormous amounts of income generated by exploiting the plaintiff. It is a well-known fact, that the film and entertainment industry is a billion-dollar operation that generates enormous amounts of revenue. The Plaintiff was physically, mentally, and legally restrained by force, from escaping a harmful and exploitative situation. The United States used judicial power to force the plaintiff into being studied, monitored, recorded, trailed, and harmed, for a documentary like purpose against the will of the plaintiff. The United States and multiple organizations worked together to make the plaintiff appear unstable in the eyes of others. The defendants intentionally tried to ruin the reputation of the plaintiff on a large scale with false accusations, so that no one would believe or assist the plaintiff. Public officials weaponized the judicial system in a martial law type format against the plaintiff, repeatedly causing harm, therefore breaking several federal laws. The unlawful invasion of privacy against the Plaintiff led to her being humiliated, deprived of human rights, watched, and monitored like a test-subject, subjugated, isolated, falsely imprisoned, censored and shadowed banned on every social media platform, while being stripped of every constitutional right. The judicial system was turned into a weapon against the plaintiff causing her to be severely restrained, tormented, hacked, studied against her will, shadowed, trailed, and placed in harm's way repeatedly-for a long duration of time. All the plaintiff's ideas, research, personality traits, and life stories were stolen from her, then commercialized for profit; possibly through the project, "The Power of Adversity," which her family, associates, old community members, and several others helped to enact. The Plaintiff has evidence that highly suggests multiple corrupt government officials, police officers, and large corporations have conspired together against the plaintiff to intentionally create adversity in the plaintiff's life, so that it can be studied, documented, scripted, recorded, and distributed amongst multiple third parties or groups to gather content for trade purposes. The Plaintiff has been experiencing an overwhelming pattern of organized crime involving an attempted attack or abduction, harassment, unlawful conduct, orchestrated chaos, human trafficking (involuntary servitude or forced labor), discrimination, refusal of service, gaslighting, obstruction of justice, denial of honest services, human rights violations, HIPPA and privacy violations, illegal surveillance, hacking, tracking, obsessive monitoring, computer fraud and abuse, blacklisting, white collar fraud, forged documents, wire and mail fraud, identity theft, kickback schemes with her mortgage, false healthcare claims made under her name, money laundering, a fraudulent death policy was created against her at Allegacy Federal Credit Union, multiple bank account hacks, theft of intellectual property, trade secrets, ideas, and life stories, public corruption, unauthorized use of martial law, crimes against humanity and peace, vandalism (mail tampering, mail set on fire, opened, intentionally delayed packages, and broken products), wicked signs left in her yard, blood smeared on her car and the word die written on the window shield, group or gang activity, abuse, exploitation, prejudices, possible familial human trafficking using fraudulent identity scams, and multiple unlawful actions against her, that are a direct violation of the Racketeer Influenced Corrupt Organizations Act (RICO), 18 USC 666, 18 USC 201, and several other federal

laws. The Plaintiff's entire family has been hiding her ancestry for nearly forty years which may play a significant role in this situation. Vital records show that many of the plaintiff's relatives have multiple identities and more than one set of parents. A recent DNA test from ancestry.com led to the plaintiff discovering that the Byrd's are showing up on both her mother's and her father's side of the family, which highly suggests identity fraud and or incest. The plaintiff suspects identity fraud because her grandmother tried to hang up the phone in her face, when the plaintiff asked if her newly discovered grandparents, Enlow and Lucille Byrd were her biological parents. Later, the plaintiff discovered that the grandmother and all the grandmother's siblings had completely different maiden names from both their mother and father, Enlow and Lucille Byrd, which was not common during that period in history.

The plaintiff's grandmother, Barbara Nash, Singletary, Vance, Bennett, and all her siblings last names are Nash and not Byrd (from Enlow) or Rookard, which is (Lucille Byrd's) maiden name according to vital records and statements from other relatives. The Plaintiff also discovered that her mother's father, Daniel McNeil, who went missing, was murdered, and set on fire around the same time period as Daniel Byrd, and ten children who were also murdered and set on fire in the 1959 Cross Hill, South Carolina, house fire. Jacqueline Byrd Harris, from Milwaukee Wisconsin, may also play a significant role in this situation due to her having the same exact name and age of the Jacqueline Byrd, who was one of the ten children who died in the 1959, Cross Hill, South Carolina Fire. This may not be a coincidence. This information highly suggests that this relative may have assumed the identity of this dead child, who was killed along with ten other children. This information along with other evidence gathered also suggests that the plaintiff's relatives and ex community members may all be connected to an identity scam ring, like a pyramid scheme, which, may be a organized operation. The plaintiff suspects that the three identities of the Daniel McNeil from South Carolina, another Daniel McNeil who died in the military, while stationed in Hawaii (who was connected to the Steeles, and are also connected to the Plaintiff's ex-spouse and relatives), along with Daniel Byrd, may have had their identities switched or falsified in some way, due to the Plaintiff's ex-spouse and relatives having close ties with criminal networks and a man named (Bernard M Crumpton, age 36, which may be a false name) who creates false identities and steals assets from deceased individuals as a side hustle. The plaintiff also discovered that her ex-spouse is related to her older siblings (through a mob-like or cartel family known as the Boston's) and may have collaborated with her relatives to help steal her identity and or possible hidden assets connected to the plaintiff. The plaintiff's siblings are not only connected to a mob family, the Boston's, but they are also connected to the Blood's Gang and other mob families such as the Scales, James, Lewis's, and Bennett's. The same ex-spouse and his friends are all showing up in the ancestry family trees of people with the exact same last name as the Plaintiff, (McNeil) which makes the plaintiff wonder if her entire marriage was just a scam? The plaintiff discovered secret communications between her ex-spouse and older sister (Stephanie McNeil, Conrad, Huntley), who has been like an enemy to the plaintiff since childhood. Before the Plaintiff discovered that her identity was stolen, both her older sibling, (Stephanie McNeil, Conrad, Huntley), and mother, (Margaret Dianne McNeil from Winston-Salem, NC), who is interconnected to Margaret Friday), claimed that the Plaintiff had hidden money. The Plaintiff's oldest sister asked for her social security number in order to retrieve these mystery assets before her identity was stolen. The sister became angry and picked a fight once the plaintiff refused to give up her social security number. The sister refused to tell the plaintiff about the hidden money without the social security number. Once the Plaintiff began asking questions about her ancestry, many of her relatives became cold

and distant. Shortly after the argument over the social security number, the plaintiff's brother asked for her military dates of service, which she refused to give. Later the Plaintiff discovered that she had been under illegal surveillance through a highly advanced spyware, which studied her every move, all her daily habits, search history, photos, book collections, calls and text messages etc. There was even a GPS tracker and keylogger that recorded all her locations and every stroke and word typed by the Plaintiff. The name of the spyware, the Power of Adversity Daagent App speaks for itself. This project or case-study appears to be connected to government officials because the ex-spouse was seen with individuals with government tags, and government officials were seen in his social media history that he gave the plaintiff permission to view. The plaintiff's relatives tried to gaslight her once she informed them about the spyware as if the plaintiff were not intelligent enough to figure out that she was hacked. Immediately after this, a never-ending series of adverse events began to replay in the plaintiff's life repeatedly for an extended amount of time. The overwhelming amount of evidence suggests that all the discrimination, mistreatment, denial of human rights, and orchestrated chaos may be directly connected to the project, "The Power of Adversity," which appears to be some type of illegal government case study, functioning like a pyramid scheme, involving extreme amounts of adversity placed upon a person. Research sites that deal with Crimes Against Humanity, claim that other individuals experiencing similar situations as the plaintiff have ended up dead. The ex-spouse's long history of abuse and hostile behavior towards the plaintiff highly suggests that he is more than capable of being involved in having the plaintiff monitored, stolen from, set up, attacked, and or killed. The ex-spouse has previously attacked the plaintiff, worked with others against the plaintiff, abused the plaintiff, repeatedly cheated, gaslighted, and stolen copious amounts of money from the plaintiff. The plaintiff suspects the ex-spouse may have been caught trafficking and blackmailed into being an undercover government informant. The ex-spouse may have also joined a cult or coven during the marriage because the majority of the Youtubers with access to the plaintiff's information are involved in the occult and some hold government positions. While the ex-spouse was traveling with the leader of the Blood's gang Francis Miller, they both met up with and hung out with several millionaires connected to the Industry in California. The ex-spouse told the plaintiff that the leader of the Blood's, Francis Miller had an African priest to do a ritual for protection and luck. Due to the hostility that the ex-spouse began to display towards the plaintiff---the plaintiff began to wonder if she herself was the sacrifice for her ex-spouse to gain entrance into the industry. During one of the private trips, the ex-spouse claimed that Kevin Khao Cates discussed the occult side of the business which involved living double lives, group or orgy ritual sex, humiliation rituals, and human sacrifice using both physical, political, and occultic means. After establishing a connection to these powerful figures, the Plaintiff's ex-spouse was offered a deal and signed a contract with millionaire Kevin Khoa Cates, who is rapper T.I.'s previous manager. The contract was signed for a secret project titled, "Bridge the Gap," which uses music or song to relay messages to the public. The plaintiff has a copy of the agreement signed between Kevin Khao Cates and her ex-spouse. After this contract deal was made, strangely it was never mentioned again. After the ex-spouse signed this contract, the Plaintiff's life began to fall apart, not knowing it was all being recorded and documented like a movie script. Eventually, the plaintiff discovered that multiple social media influencers from her hometown, and Google YouTubers from various locations ended up with access to all her private information, life stories, trade secrets and research. The plaintiff noticed that all the Youtubers with access to her hacked and stolen information, just so happen to use music and songs (just like the, "Bridge the Gap" project with millionaire Kevin Khao Cates and her ex-spouse) to relay their "so called" prophetic messages from God, which happen to be other people's

stolen information and trade secrets. The leader of the Blood's Gang, Francis Miller, also introduced the plaintiff's ex-spouse to millionaire Akon from Africa, who is another famous rapper, that supplied half of Africa with electricity. These power underground criminal connections gave the ex-spouse access to vast amounts of power and political influence. Other key suspects connected to the Blood's Gang in this situation include, Ticonia Parnell, Angela Caesar, and Dominque McNeil. One of the main reasons that the Plaintiff suspects her ex-spouse could be an undercover government informant, is because multiple people were arrested, immediately after interacting with the ex-spouse. Four people (Frances Miller, Greg Morrison, Braxton Nelson Bridges, and Corey Lamont McNeil) who were all involved in underground criminal activities, were arrested shortly after hanging around the Plaintiff's ex-spouse. The numbers of all these individuals can located inside the Plaintiff's phone records. This situation meets the element of danger required for immediate intervention. In just the past year, multiple individuals have attempted to run the Plaintiff off the road at least four times. Multiple times the Plaintiff attempted to alert the authorities, but her pleas were met with rudeness, contempt, and a refusal to write up any reports. Before this, someone pulled out a knife on the Plaintiff for asking for her correct change back at a store. The Plaintiff suspects that the overwhelming number of malicious actions directed at her are all connected to a project, the "Power of Adversity." This spyware program was discovered on her device sometime around the year 2018. Evidence suggests that multiple groups of individuals began orchestrating adversity in the Plaintiff's life based on this project to generate a profit during a crisis. Another indication that multiple events were orchestrated intentionally to be recorded and scripted is due to an actual film producer showing up in the who you many know section on Facebook, which sometimes shows individuals who have looked at your profile page. After discovering the spyware, the Plaintiff began alerting family members about the situation, but they all began to question her sanity, which the plaintiff believes was all by design to gaslight her. Various relatives began behaving oddly as if the Plaintiff was just imagining her device being hacked as if being hacked was not a common occurrence in the age of technology. One by one, petty fights over things that did not make much sense began happening amongst relatives and associates until the Plaintiff was left completely alone, without any support other than a toxic marriage, which still equaled up to no support. Around this same time, the Plaintiff was contacted by a police officer patrolling her neighborhood about a dog attack. The officer wanted to enter the home to discuss the dog attack. The Plaintiff was home alone and did not have a dog, so it was none of her concern, so she refused the officer entry into the home. A few days later, the same male officer came back and kicked in the window claiming he smelled marijuana, although the Plaintiff did not smoke marijuana. The plaintiff may have taken a recreational toke or two in her younger years, but it really was not her thing. A family member occasionally indulged but that relative was not home and had not been there all day. The officers ransacked and destroyed the plaintiff's home. All that was found was a small grinder from a relative who did smoke joints occasionally. Around this same time, a domestic dispute occurred between the Plaintiff and her spouse. He physically hit the Plaintiff while no one was home during an argument. This led to CPS opening a case that they refused to close for nearly two years despite no other problems being reported. The CPS agent insisted that the Plaintiff's home repeatedly be searched for Human Trafficking after being assaulted? The situation just did not make any sense. The Plaintiff began to wonder if the whole CPS was another orchestrated event due to having altercations with child's mother of the ex-spouse—Giovanna Hardie Johnson. Giovanna one day just made up a lie that the Plaintiff had disciplined her child by spanking her, but it never occurred. The plaintiff believes that the ex-spouse also indulged in infidelity with his child's mother and that the two of them may

have at one point worked against the plaintiff. By creating a false tale of endangerment of coming to the Plaintiff's house, allowed the plaintiff's ex-spouse to meet in secret at the home of his child's mother. AT&T's family map was being used due to a previous infidelity. These records showed multiple trips to the Giovanna's location even during school hours when the child was not present, supposedly for a car that was never purchased, and if it was purchased it was done in secret for the benefit of someone else and not the plaintiff's family.

Throughout year 2020 and 2021, Norton Security records show that Google LLC and Microsoft Corp, obsessively hacked into the webcams, microphones, and personal files of the Plaintiff for nearly two years or more. Apple Inc has also been accessing the Plaintiff's photos, camera, and other information through apps that the Plaintiff never used before. Apple's privacy statement claims that if the Iclips is never used within three months, the program will automatically be removed, which is false. This hate group has attempted to remove close to $30,000 dollars in arrear payments from the Plaintiff's child support and even lowered the amount of her payment without a court order. For lengthy periods of time, the Plaintiff's right to file a police report had been stripped from her. (Martial Law) Every police station the Plaintiff has gone to tried to ban the Plaintiff from placing a report and would remove any reports the Plaintiff attempted to place online. The Plaintiff would call about online reports submitted, and officers would always claim there were none in their system, despite the Plaintiff having photo proof of submitted complaints. The police station in Georgia, barred the Plaintiff from entering their station, despite explaining the loss of use of her phone and computers one day. They refused to write up a criminal report, take her number or come to her home for her to file. After attempting to explain to the authorities what was happening to the Plaintiff, randomly, the Brunswick Georgia police's online compliant portal was shut down for an extended amount of time. These actions suggests that the crimes being committed are a group effort and an inside job. To add insult to injury, multiple organizations or businesses are now refusing to patronize or do business with the Plaintiff, without cause, therefore denying the right to honest services or commerce. The Plaintiff has been denied equal access and application of the law amongst dozens of agencies assigned to handle her situation. Therefore, she has exhausted all other remedies. It is more likely than not, that the Plaintiff seeking a suite solely for monetary judgement will not prevent threats to the plaintiff's life. A suite solely for monetary judgment will not stop the obsessive need to hack, monitor, and record the Plaintiff, without some type of legal intervention. A monetary judgement alone, will not stop the Plaintiff's vital records from being falsified, altered, and deleted at will. A monetary judgement alone, will not stop the pattern of years of illegal surveillance being used for monetary gain. Nor will it stop intellectual property theft, cyber terrorism, wire and mail fraud, denial of honest services, cruelty, unfair treatment, and malicious conduct towards the Plaintiff. The Plaintiff believes that the current actions will continue without an investigation. The Plaintiff's assailants have objectified her by remotely hacking and deactivating her bank accounts, cellphones, networks, emails, fax machine, phone records, and other accounts at will. They turn on her web cams, phone cams, and microphones to look in on her and record her at will. The authorities were given this information but due to race, class, gender, religion, and beliefs of the Plaintiff, refused to assist. Without a proper federal investigation, the individuals within the organizations involved may be compelled to repeat or continue their actions against the plaintiff and other innocent people. The defendants acting under the color of law, and other professional organizations providing public accommodations, have unlawfully deprived the Plaintiff of guaranteed federal [constitutional] and

[statutory] human rights. This complaint seeks to prevent further injuries, threats to safety, discrimination, subjugation, voyeurism, intrusion of privacy, unfair competition, and disclosure of private information by individuals and organizations violating multiple federal laws, including the RICO Act, by compelling the proper authorities, i.e., the Department of Veteran Affairs, the North Carolina Medical Board, Wake Forest Baptist Hospital, the Women's Hospital, Office of Medicaid, the Department of Justice, the office of Attorney Generals, Office of Inspector Generals, the Office of Civil Rights (OCR), the Federal Bureau of Investigation (FBI), the Federal Trade Commission, Child Support Enforcement, Social Security Administration, Google Inc, Microsoft Corp., the proper Police Departments, and any other organizations necessary as required, to investigate and act within the scope of its lawful authority to comply with its obligations under the Constitution of the United States' Fifth and Fourteenth Amendments, to provide equal access and protection under the law to its citizens, especially those in "classes" categorized as most vulnerable to neglect and mistreatment within society. Specifically, Plaintiff seeks relief compelling the above organizations to amend its irrational and wholly arbitrary decisions not to investigate multiple cases of criminal activity. Further, this complaint seeks to banish discriminatory practices of unequally applying the laws or turning a blind eye to a series of federal crimes being committed against the Plaintiff. Plaintiff also seeks to compel a court appointed attorney for assistance in this case. Plaintiff also seeks to compel the release of personal payment and medical records from the Department of veteran's affairs, Healthnet/VA Choice, the Office of Health and Medicaid, Wake Forest Baptist Hospital, and the Women's Hospital.

## II. JURISDICTION AND VENUE

The district courts shall have original jurisdiction of any action in the nature of an injunction or mandamus to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the Plaintiff. By such rights, judicial action can control the administrative actions of the government and prevent any kind of arbitrary use of power and abuse of discretion. Mandamus Act, 28 U.S.C $ 1361 (LaBuy v. Howes Leather Co., 352 U.S. 249 (1957); United States v. McGarr, 461 F.2d 1(7th Cir. 1972). (See, e.g., Cheney v. United States Dist. Court for D.C. (03-475) 542 U.S. 367 (2004) 334 F.3d 1096). Jurisdiction is based on multiple federal questions and diversity of citizenship, where parties are citizens of different states. 28 USC 1331, 1332, 18 USC 1503 Obstruction of Justice, 42 USC 1983, Title VII Civil Rights Act of 1964, USC 12101 Americans with Disabilities Act, 18 USC 1962 to 1968, Racketeer Influenced and Corrupt Organizations Act of 1970 (RICO), 18 USC 1346 Deprivation of honest services, 18 USC 1341 Mail Fraud, 18 USC 1365 Tampering with consumer products, 18 USC 1347 Health Care Fraud, 18 USC 1030 Computer Fraud & Abuse Act (CFAA), 47 USC 223 Obscene or harassing telephone calls, The amount at stake is irreparable due to a combination of both economic and noneconomic injuries consisting of damaged health, mental anguish, loss of dignity, humiliation, continual threats to safety, deprivation of constitutional, moral and privacy rights, intellectual theft and piracy, intrusion, public disclosure of private facts, unauthorized distribution of private diary, false light, appropriation of likeness and commercial value of a person's identity for purposes of trade, damaged, reputation, goodwill, and loss of community standing. Damages are irreparable.

## **Statement of Facts**

The Plaintiff's life, safety and wellbeing have been compromised. The plaintiff has been sold, targeted, harassed, tormented, exploited, gaslight and subjected to involuntary servitude in an illegal project or collaboration against her will. All the plaintiff's private information, secrets, sex life, medical history, have been distorted and publicized. All the plaintiff's personal and business relationships have been damaged and lost. Numerous organizations designed to protect her, denied access to equal application of the law, and refused to investigate multiple crimes committed against the plaintiff. The plaintiff was stripped of human rights, tortured, and dehumanized. The Plaintiff is a disabled African American female, who is being harassed, attacked, treated different and less favorable due to her disability status, race, class, gender, religion, and political beliefs. The plaintiff was denied criminal investigations, witness protection, the right to access her own medical and payment records, credit, and refused multiple honest services whiles being blacklisted. Several policies were applied differently to her based on discriminatory factors surrounding her race, class, gender, religion, disability status and political beliefs. The disclosure of confidential information, trade secrets, loss of goodwill, community standing, and the interference with relationships, constitutes irreparable harm, warranting injunctive relief in both federal and state court.

Multiple corporations, government, and state actors, collaborated or conspired to publicly and financially censor, restrain, and block the plaintiff in order to illegal monitor, study, steal and appropriate her persona, life stories, research, trade secrets, and ideas, to claim as their own, while constraining the plaintiff in a monopoly or cartel-like fashion. In other terms, they blacklisted and tried to hide the plaintiff so they could use her research, ideas and life stories as their own for profit. They used mobs of people to follow and cyberstalk the plaintiff so that only her enemies would show up in friend requests or the who you may know section. The altered her accounts to restrict normally functioning of her pages. They harassed, shadow banned and repeatedly locked her out of her accounts, repeatedly forcing her to start fresh accounts anytime she gained a following. They were even petty enough to even remove the editing feature so the plaintiff could not edit her work on Facebook or Instagram.

The Plaintiff appears to be a valuable target to the government due to carrying a 4.0GPA for a prolonged period of time, and ability to assimilate substantial amounts of data and make sense of it in ways that others cannot. The plaintiff was also able to win multiple CUE claims against the VA, which are the most difficult cases to win. As a scholar and researcher, the Plaintiff spent in excess of $60,000 thousand dollars in the past decade, obtaining challenging spiritual and cultural initiations, special classes, courses, apprenticeships, and religious studies, to learn about holistic health, priestly duties, special herbs, remedies, and other esoteric knowledge that was stolen from her and used to make a profit by government and state actors, working under the color of law.

The Department of Veteran Affairs and its Attorney General were alerted to criminal activity involving the agency and multiple hospitals but ignored the plaintiff and refused equal access and protection under the law to the plaintiff. This organization refused to investigate fraud committed against the plaintiff despite having received evidence of such crimes being committed. Evidence

shows that the Department of Veteran Affairs response to being informed about criminal activities was that an investigation would not be appropriate. This organization denied the plaintiff access to her own payment and medical records, violating HIPPA rights, and Constitutional Rights. This agency began harassing the plaintiff through retaliatory tactics of sending mail to the wrong address, maliciously removing money from the plaintiff's benefits, falsifying records, and denying access to assistance through VA's Iris system. The VA claimed that plaintiff was no longer in their system and that she needed to seek help from a different organization, although when the plaintiff called the 1800 number, she was easily found in the system. The department of veteran affairs health authorization only authorizes services for one service provider and not multiple. The dates on the department of veteran affairs authorization form were indefinite, giving nearly permanent access to the Plaintiff's healthcare records. The department of veteran affairs previous claim's manager, Nathan Smith avoided all phones and messages from the Plaintiff for nearly a year and quit during the one of the multiple attempts where the Plaintiff asked for an investigation. The department of veteran affairs and its attorney and or inspector general refused to investigate stating it was not proper. The department of veteran affairs denied access civilian medical and payment records. The Plaintiff was the denied relief from the Freedom of Information Act and Privacy Act amongst multiple agencies. Veteran affairs obstructed justice by turning a blind eye to illegal activities after receiving evidence that crimes were being committed.

Wake Forest Baptist Hospital committed healthcare fraud and tried to cover up the crimes that were committed. This facility obstructed justice, took an exaggerated amount of time to give access to records, falsified documents, billed for services not rendered, falsified treatment or medical records to justify payments, tried to alter and then later deleted medical records to hide evidence, and made false entries on plaintiff's credit report maliciously while two forms of insurance were on file. During the plaintiff's search for information, Wake Forest Billing's Department informed the plaintiff that she had bills from both Winston-Salem and Lexington. The Billing department stated that there were bills listed under Doctor Mark G. Newman, Paul Wayne Whitecar, Martha Decker, and that a debt was owed to Doctor Kristen Helane Guinn. The Plaintiff never received prenatal care from Wake Forest Baptist Hospital in Winston-Salem and Lexington, NC, nor did she have contact with any of their physicians. The Plaintiff's personal healthcare providers claimed to have never heard of, nor worked with Wake Forest Baptist Hospital Physicians. There are no entries documented within the plaintiff's real service provider records of the physicians listed from Wake Forest Baptist Hospital. Wake Forest Baptist Hospital falsified documents, billed for services not rendered, falsified treatment or medical records to justify payments, tried to alter and then later deleted medical records to hide evidence, and made false entries on plaintiff's credit report maliciously while two forms of insurance were on file. The national lucy summary has zero entries for prenatal care received by Wake Forest physicians. Wake Forest gave the plaintiff the run-around-and made it difficult to receive access to the fraudulent medical bills. Wake Forest Baptist hospital changed the name and address of the medical records from wake forest Baptist hospital to Green Valley after plaintiff request an investigation. After being repeatedly denied access to wake Forest Baptist medical records, the plaintiff created an account a year later in order to access the information.

The Women's Hospital in Greensboro, NC, also participated in tampering, altering, changing, and deleting the plaintiff's medical history. They also illegally changed the name and address of the facility where the plaintiff gave birth to her last two children to cause confusion.

The Department of Health and Medicaid alerted the plaintiff to services that she never received so she asked for her payment and medical records history. The Plaintiff was given the run-around for over a year. The plaintiff was told to sign a release form and that the records would arrive within a few weeks. This organization never sent the records, despite the plaintiff attempting to access these records for almost two years. The Plaintiff was denied access to Medicaid medical and payment records despite giving written notice and filing out the proper forms.

Google, Microsoft, Facebook, Apple, Amazon, Allegacy Federal Credit Union, and other organizations, have all participated in hacking, monitoring, studying, recording, and stealing and distributing the Plaintiff's confidential information, trade secrets, financial data, research, and life stories. This information was then commercialized and distributed to numerous people to generate content for profit.

Google participated in the illegal collaboration by illegally hacking, monitoring, tracking, recording, and stealing files from the plaintiff. For over two years Google obsessively hacked into the plaintiff's webcams, microphones, and personal files. Google used their authorizations to make changes on the plaintiff's computer systems without permission. Google also began discriminating, harassing, and tormenting the plaintiff by restricting her ability to send evidence of the crimes being committed against her. Google illegally changed the plaintiff's access to 25MG of file storage, down to less than 5MG, making it impossibly many times to even send one simple photo. Other times Google would tamper with the file size changing an otherwise small and simple file from 1MG to over 100MG, so that the ability to send specific evidence was ultimately impossible.

 Microsoft also participated in the illegal collaboration by illegally hacking, monitoring, tracking, recording, and stealing files from the plaintiff. Microsoft repeatedly added software to the plaintiff's computers allowing them to obtain audio access to the plaintiff's background through specific apps. Microsoft repeatedly attempted to alter the file systems on the plaintiff's computers to allow them illegal access to all her information.

Apple participated in the illegal collaboration by using Iclips to illegally monitor, track, and record the plaintiff's conversations, photos, Bluetooth, and GPS locations at all times.

The United States Postal Office participated in the illegal collaboration by tampering and hindering the delivery of the plaintiff's mail on multiple occasions. The United States Postal Office would frequently send the plaintiff's mail to other addresses and at times attempted to force the plaintiff to pick up her own mail instead of using the mailbox or the front porch as they have normally done for years. Many of the plaintiff's packages were opened and resealed and the products would be vandalized, and their substances smeared all over the container. One of the products delivered to the plaintiff showed signs of someone attempting to set the label on fire to threaten and intimate the plaintiff.

City of Greensboro Government participated in the illegal project, "The Power of Adversity" by harassing the plaintiff with false billing statements years after the plaintiff had relocated from the city. The city sent the plaintiff a false bill sometime around 2am in the morning to torment and harass her. This correspondence was sent directly after the plaintiff's interaction with Fraud Detective Chris Cottonaro who blocked and obstructed the plaintiff from sending proof of the illegal activities taking place.

Allegacy Federal Credit Union created a fraudulent or forged death policy against the Plaintiff, allowed her accounts to be hacked multiple times and refused to investigate. Afterwards the organization retaliated and discriminated against the plaintiff by denying her credit, when her score was higher than what was required. At times, there was also intentionally interference with Allegacy's banking app.

Citibank would lock the plaintiff out of her account repeatedly and raised her monthly payments from less than $100 dollars to $300 to $500 dollars to cause financial distress during the height of Covid-19, forcing her to close her account as the only way to stop the payment and interest from dramatically increasing maliciously.

PayPal Inc. also raised the plaintiff's monthly payments hundreds of dollars more during the middle of the pandemic, and repeatedly tampered with the plaintiff's account to cause distress.

Allstate participated in this illegal collaboration by overcharging the plaintiff for an prolonged period of time. The company was rude, indifferent, and stand-offish when the plaintiff came to the company to investigate the claim that her mortgage was dramatically increased by over $200 dollars due to an increase in the homeowner's insurance. The homeowner's insurance was only increased by $6 dollars and did not amount to the large overcharge by PennyMac. The insurance agent tried to gaslight the plaintiff by stating that she was just being paranoid, confused, imagining things, and did not understand the math. The agent dehumanized the plaintiff by insulting her intelligence. PennyMac told the plaintiff that her mortgage was dramatically increased due to the changes by Allstate. The plaintiff ended up being correct. The overcharges were incorrect and did not make sense. Later PennyMac recanted and claimed they increased the mortgage due to property taxes. The Plaintiff is 100 percent Permanent and Totally Disabled and is completely exempt from paying property taxes. The Tax Department of Glynn County claimed the Plaintiff was owned a refund due to her exemption status. Later, PennyMac figured out a way to make the plaintiff pay back money in a kick-back scheme like-fashion on property taxes certain veterans are exempt from.

Amazon allowed the plaintiff's shopping history, reading history, and browsing history to exposed to the criminal group working against the plaintiff. Amazon somehow changed the plaintiff's settings, where multiple products would not be made available to plaintiff unless she searched Amazon from a private browser not connected to her account. Amazon also repeatedly sent messages to the plaintiff concerning her purchases that did not make sense. At times for normal small purchases such as a book, or body oil, they would claim that a delivery driver would have to either contact the plaintiff by phone or have to speak to the plaintiff in order to deliver her profits. Multiple products from Amazon would disappear sometimes and never be delivered. Other times

the delivery dates would suddenly change from 2-day delivery to months later. Multiple products ordered from Amazon were tampered with, arrived opened, or would be broken or shattered upon delivery. Multiple amazon employees would show up in the Who you know section on Facebook as well.

Home Depot participated by purposely delaying important products needed to maintain the plaintiff's household. After each delay, malicious text messages would come to the plaintiff, mocking her about not being able to receive a product that under normal circumstances could easily be obtained.

Covington Pointe Homeowners Association would harass the Plaintiff sending threatening letters during rainy seasons about the grass, knowing full well that most people do not use their equipment during rainy seasons because its unsafe, causing a greater chance for injury, and can damage the equipment. This organization also doubled the price of the fees during Covid-19 and changed the due to dates from the middle of the year, to right after Christmas, during the time of the year where property taxes are due, knowing most individuals are still recovering after the holidays.

Norton Security allowed Google and Microsoft to bypass normal security functions to access the plaintiff's webcam, microphone, and personal files.

The Plaintiff's identity and personality traits has been studied, stolen, and appropriated, while multiple government organizations refused to help or investigate the crimes despite the Plaintiff having evidence of the individuals who are committing the crimes. Multiple organizations participated in isolating, censoring, shadow banning, and hiding the plaintiff to continue to use her identity, personality traits, research, trade secrets, and creative ideas for trade purposes, keeping the plaintiff in an oppressed and cage-like state. The Plaintiff's identity was also used in a healthcare fraud scheme.

Plaintiff alerted multiple organizations such as the FBI, Police, DOJ, FTC, OCR, OCE, about being under illegal surveillance for that was discovered around 2018 and has continued into 2022. At times, the Plaintiff was told to just wipe the phone or get a new device. Wiping the devices is useless because the plaintiff's network is being hacked. Many times, the Plaintiff's new devices are hacked before leaving out the store. Other times, the FBI told the Plaintiff they did not investigate hacking, tracking, cybercrimes or computer fraud and abuse. Multiple FBI agents would act rude to Plaintiff, overtalk her, cut off repeatedly, and hang up in her face before Plaintiff could finish statements. Multiple federal agents participated in creating adversity for the plaintiff. The Plaintiff neighbors have also participated in these unmoral, unethical, and illegal activities. The plaintiff's neighbors are mostly federal agents, police officers, and veterans. Many of these officials often follow the plaintiff when she leaves her home.

Plaintiff has brought over six different mobile devices and computers. The last two mobile devices showed signs of being hacked before leaving the AT&T store. Plaintiff lost control of multiple functions in the settings area, which suggests that either she was sold a hacked phone, or the device was remotely accessed due to illegal surveillance and knowing the Plaintiff was about to purchase a new device beforehand. The same situation repeatedly occurs with the plaintiff's computers. As soon as the plaintiff turns on the device and attempts to connect to her network, Google and

Microsoft would immediately begin accessing the camera, microphone, and other files on the device.

A Healthcare fraud scheme was intentionally orchestrated to damage the plaintiff's credit during closing on a new home. Falsified medical documents were sent to collection agency, PMAC LLC, in Charlotte, NC, which cost the plaintiff over $40,000 or more in additional interest due to severe drop in score, and the plaintiff was denied loans to consolidate her debt, which also costs the plaintiff thousands of dollars of the course of time.

OCR claimed they did not have the authority to investigate the department of veteran affairs, Medicaid, social security, or child support enforcement, etc. for fraud, unlawful, and or unconstitutional acts.

Numerous times, the Winston-Salem, Greensboro, and Brunswick Police Departments denied the Plaintiff the right to file a police report and promptly deleted any reports she filed online.

Plaintiff alerted the Police, FBI, DOJ, OCR, that she had verifiable proof that her identity was stolen by individuals living in different cities, had a copy of the credit entry and national lucy summary displaying the Plaintiff never had prenatal services from Wake Forest Medical Center. Plaintiff had videos and photos showing that the false medical records had been falsified, altered, and deleted once Plaintiff asked for an investigation.

Fraud Detective Cottonaro intentionally ignored crucial evidence. He stated that because the Plaintiff created a wake health account a few days prior (in order to access the false records because the hospital refused to send them all) and because some of the wake forest physicians were affiliated with Cone Health, that all the evidence did not rise to the level of criminal charges by their agency. Cottonaro claimed that the bills were paid by the insurance company and could not have adversely affected the Plaintiff's credit score. He further stated that without seeing any outstanding bills or a copy of the credit printouts, that he could not conclude whether the Plaintiff's credit was harmed. Cottonaro further stated that the government was the victim and not the Plaintiff, and that the government needed to decide whether to investigate, despite the Plaintiff's identity being used for services she never received from Wake Forest Baptist Medical Center.

When the Plaintiff attempted to remind Cottonaro through email that proof of the credit entry and national lucy summary was available, the Plaintiff received a message that her email could not be delivered, indicating that she had been blocked from making further contact with the detective. The Plaintiff was intentionally obstructed from providing the information the detective requested showing that a crime was committed. Not all Also, the detective stopped answering the phone. Despite the Plaintiff explaining to the detective that it was common for doctors to work in various hospitals, so she specifically asked her healthcare provider's staff members if they knew or had worked with the doctors from Wake Forest Baptist Hospital and if they were listed in the medical records. The staff members asked around and everyone claimed they never heard of the individuals on the medical bills, nor were the physician's listed as being apart of the Plaintiff's health team. The law requires accurate documentation of all medical treatment and the names of the personnel providing the treatment.

During the middle of January 2020, Plaintiff received a false credit alert from PMAC LLC in Charlotte, NC, for a medical bill placed on her credit report from Wake Forest Baptist Health Physician, Dr. Kristen Helane Guinn, during the middle of closing on a new home. The credit score dropped low enough that the mortgage provider, Veterans United LLC, claimed the Plaintiff was no longer eligible for the advertised rate due to the decrease in credit score. The lowered credit rating resulted in the lost of over a point, costing over $40,000 in additionally interest payments over the span of the loan. The change in credit score also prevented the Plaintiff from obtaining a debt consolidation loan from her bank, which caused her additional interest payments instead of just one. On multiple occasions throughout year 2020 and 2021, Plaintiff alerted the department of Veteran Affairs, Wake Forest Baptist Hospital, the Women's Hospital, North Carolina Medical Board, the Winston-Salem and Greensboro, NC Police Departments, the Federal Bureau of Investigations, Office of Attorney General, Office of Inspector General, the Department of Justice, Office of Civil Rights, along with other agencies that criminal activities were occurring. The Plaintiff was ignored, at times spoken to rudely, and denied equal access to the law. Plaintiff was Complaints with evidence attached listed multiple doctors, who lived in different cities, outside of where the Plaintiff lived, claimed they were the service providers of the Plaintiff. The doctors listed on the false medical documents included, Kristen Helane Guinn, Mark G. Newman, Paul Wayne Whitecar, and Martha Decker, appear to have submitted multiple fraudulent claims to the Department of Veteran Affairs to obtain government funding for services

A reasonable person would have known that a crime had been committed if the authorization form clearly states that only for one preferred provider was allowed instead multiple health care providers, in multiple cities, presenting claims for funding regarding one person with the same social security living in a different city. Any person that could read should have reasonably seen red flags the moment multiple doctors from different cities

LegalShield: Plaintiff paid for a membership and began experiencing discrimination through the attorney referrals. The first attorney did a no call, no show after asking the attorney to do a probate and insurance policy check on the Plaintiff and three deceased relatives, Thelma Goodson, Clarence Goodson, and Johnnie Fleming, whom plaintiff believes may have been victims of identify fraud. Attorney James A Davis participated in the collaboration by refusing to service to the plaintiff who was referred to the attorney by LegalShield. Once the plaintiff asked the attorney to do a probate records and insurance search of the plaintiff and three relatives, the attorney, disappeared, stopped answering calls and messages, and never spoke to the plaintiff again without cause. Attorney D. Barret participated in the collaboration by also refusing to service the plaintiff. The attorney's assistance intentionally was rude and tried to pick a fight with the plaintiff. The assistant asked the plaintiff to explain what was going on and when the plaintiff began explaining that there was foul play involved, the assistance stated that the plaintiff was implying that their firm has something to with the situation and attempted to get hostile and overtalk the plaintiff. The plaintiff ended up apologizing to deescalate the situation even though she had nothing more than answer the question by the assistance. The assistance also told the plaintiff that despite her having a referral that was supposed to be guaranteed assistance under LegalShield, that she was not sure if they would be willing to do a probate and insurance record check for the plaintiff.

Social Security denied access to accommodations, which allowed for 100 percent total and permanent combat veterans to receive a speedy and expedited process that usually takes place within 60 to 90 days. Social Security has dragged the case on for over three years despite the plaintiff having multiple verified diagnoses that fit the DSM criteria for a grant to disability award. Evidence via fax sheets and time and date stamped correspondence shows that Social Security repeatedly discarded and deleted evidence intentionally that would have verified the plaintiff's claim. Each time the plaintiff submitted the requested information, the agency would remove the representative who viewed the evidence and would replace that representative with a new representative who had not seen the evidence in a reoccurring pattern that has gone on for over three years now. Social Security also falsified records, by attempting to alter and delete work and military history and credits. This organization also change the previous payment from almost $800 dollars, down to four despite the plaintiff having the necessary credits for a higher payment. Social Security repeatedly engaged in unfair and unlawful behavior and criminal activity towards the plaintiff.

Child support enforcement engaged in misconduct and political foul play. Child Support Enforcement repeatedly discarded the plaintiff's documents, blocked access to the plaintiff's account multiple times and then later completely deactivated services, refused to investigate misconduct, and refused to process arrear and interest payments owed to the plaintiff. Child Support Enforcement also violated the plaintiff's constitutional rights by denying access to enforcement measures that would have allowed her to recoup payments through tax interceptions, and stimulus payments. The attorney general who handles dead beat dead cases over $10,000 by law, refused to investigate or enforce the case despite the case being behind close to $30,000.00 dollars at the time. They decided to dictate the amount of money the plaintiff could have access to by giving less than the court order and changing the terms without a court order. The attorney general's discrimination against the plaintiff was blatant in the fact that their site had cases under $17,000 dollars, but they refused to enforce the plaintiff's case, therefore treating her different and unfairly under the law.

LegalShield Blocked and denied access to services without a legitimate cause. When the plaintiff was referred to Attorneys James A. Davis and D. Barret, each attorney was rude, indifferent, and refused to perform the service of looking up the probate and insurance records for the plaintiff and her relatives, Clarence Cenior Goodson, Thelma James, Samuels, Rookard, Goodson, and Johnnie Fleming, without a legitimate cause.

Facebook blocked and denied access to multiple accounts despite turning in multiple forms of ID. Facebook tried to force plaintiff to give them a hologram of her face in order to access her accounts. Facebook repeatedly harassed, shadow banned, censored, and altered the plaintiff's account without cause. Facebook allowed a group of secret followers to monitor the plaintiff's private stories while her account settings were set to No Followers. Facebook altered and denied access to features such as uploading videos and being able to see followers on business pages. Any Facebook promotions were maliciously sent to foreign countries not in the plaintiff's target areas. Facebook sent any promotions to bot pages and fake accounts. Facebook repeatedly sent messages about suicide to the plaintiff without a legitimate cause.

Esty participated in this illegal collaboration by allowing a secret group of followers to monitor the plaintiff, while blocking and restricting the plaintiff's ability to remove the secret followers. The individuals monitoring the plaintiff had the ability to view the plaintiff, but the plaintiff's ability to see the secret followers' pages were blocked to the plaintiff.

AT&T repeatedly blocked and removed services that were either paid for or included in account, and multiple times refused access to the plaintiff's records, and refused to investigate the illegal surveillance and hacking of her network. AT&T allowed a secret group of individuals to access, alter and delete her text messages and phone calls through an App called AT&T messenger app. When the plaintiff called to find out how this App was connected to her account because she never signed up for the App, AT&T claimed that the app was not in existence even though the app was present on the computer scene directly in front of the plaintiff.

Comcast stole $600 from the plaintiff and would not return the money until a copy of bank statements were received. They also refused to install the plaintiff's security system for over a year despite coming inside the plaintiff's home to install a phone and internet. Around this time the plaintiff car was broken into multiple times and her tires were flattened multiple times, so a security system at an affordable price could have helped the plaintiff who was struggling financially.

Scribd.com participated in the collaboration by not only blocking access to the paid materials on the plaintiff's account, but they also blocked access to many of the free materials attached to the plaintiff's account. The plaintiff figured out that she could only access certain materials by going on a private anonymous page that was not attached to her personal account. The plaintiff recorded and took photos of the covert tactics being used to cause her undue distress by means of malicious actions directed at her.

Instagram participated by blocking the plaintiff's ability to upload videos and photos from her phone. They also altered her account by removing multiple functions that were present on other people's account such as the ability to edit one's wording, or the ability to tag or connect others in certain posts.

Chief Magistrate, Wallace E. Harrell and his assistance Caleb Still, received over three motions that provided clear evidence that the plaintiff was falsely imprisoned, banned from her own home, and placed on probation with fees, that weren't warranted based on the law. Yet this authority figure continued with baseless charges and refused to provide relief, therefore abusing his power under the color of law. Officer Baker and Lt. Cove participated in the collaboration by violating due process laws, intentionally ignoring evidence, by disregarding the abuse of the ex-spouse, making false statements, and falsely arresting the plaintiff for her own sole and separate property.

Relatives participated by picking fights with the plaintiff, gaslighting the plaintiff, by teaming up with the enemies of the plaintiff, threatening to have the plaintiff committed while being abused by the ex-spouse, telling the plaintiff about private things done on her devices, and by abandoning the plaintiff. Some of the relatives involved include, Margaret Dianne McNeil, Stephanie Rochelle McNeil, Conrad, Huntley, Adeilah Chantal McNeil, Corey Lamont McNeil, Dominque McNeil, Crystal Brown, Ameisa Huntley, Shanetta Feggins, Paul Feggins.

X Sincerely, Precious N. McNeil
01/21/2022
44 Crabapple Lane
Brunswick, Georgia, 31523

44 Crabapple Lane
Brunswick, Georgia, 31523