AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

PRECIOUS NICOLE MCNEIL,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:22-cv-16

UNITED STATES OF AMERICA,

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of this Court dated May 4, 2022, Plaintiff's Complaint is dismissed for failure to state a claim. This case stands closed.

Approved by: _[signature]_

May 12, 2022  
*Date*

John E. Triplett, Clerk of Court  
*Clerk*

_[signature]_  
*(By) Deputy Clerk*

GAS Rev 10/2020